# EXHIBIT  A

 An official website of the United States government
Here's how you know

 UNITED STATES DEPARTMENT *of* JUSTICE

 FOIA.gov

MENU

**Thank you for visiting FOIA.gov, the government's central website for FOIA.** We'll continue to make improvements to the site and look forward to your input. Please submit feedback to National.FOIAPortal@usdoj.gov.

**Submission ID:** 606766

# Success!

## Your FOIA request has been created and is being sent to the U.S. Customs & Border Protection.

You'll hear back from the agency confirming receipt in the coming weeks using the contact information you provided. If you have questions about your request, feel free to reach out to the agency FOIA personnel using the information provided below.

**Contact the agency**

Sabrina Burroughs, FOIA Officer

202-325-0150

FOIA Requester Service Center

202-325-0150

Sabrina Burroughs, FOIA Officer

202-325-0150

U.S. Customs & Border Protection, Sabrina Burroughs, FOIA
Officer
90 K Street, NE, 9th Floor, Mail Stop 1181
Washington, DC 20229-1181

---

# Request summary

Request submitted on **March 6, 2023**.

The confirmation ID for your request is **606766**.



The confirmation ID is only for identifying your request on
FOIA.gov and acts as a receipt to show that you submitted a
request using FOIA.gov. This number does not replace the
information you'll receive from the agency to track your request.
In case there is an issue submitting your request to the agency
you selected, you can use this number to help.

# Contact information

## Name
Tristan Khan

## Mailing address


## Phone number


## Email


---

# Your request

Freedom of Information Act Request Letter Sabrina Burroughs U.S. Customs & Border Protection 90 K Street, NE, 9th Floor, Mail Stop 1181 Washington, DC 20229-1181 Re: Freedom of Information Act Request Dear Ms. Burroughs: This is a request under the Freedom of Information Act. I request that a copy of the following documents, and documents containing the following information, be provided to me: all travel records, including all U.S. Customs reports, notes, documents and memoranda regarding my international entries and

exits from the U.S., including TECS reports. To assess my liability for fees, please note that I am an individual seeking information for personal use and not for commercial use. Thank you. Sincerely,



---

## Additional information

PERJURY STATEMENT.pdf

---

## Fees

**What type of requester are you?**
other

**Fee waiver**
no

**The amount of money you're willing to pay in fees, if any**
$250

---

## Request expedited processing

**Expedited processing**

no



## CONTACT

Office of Information Policy (OIP)
U.S. Department of Justice
441 G St, NW, 6th Floor
Washington, DC 20530
E-mail: National.FOIAPortal@usdoj.gov

Hero image credit  CC3.0

| FREQUENTLY ASKED QUESTIONS

| DEVELOPER RESOURCES

| AGENCY API SPEC

| FOIA CONTACT DOWNLOAD

| FOIA DATASET DOWNLOAD

| ACCESSIBILITY

| PRIVACY POLICY

| POLICIES & DISCLAIMERS

| JUSTICE.GOV

| USA.GOV

# EXHIBIT  B

                                     **Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

---

## Reassigning a FOIA request
1 message

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                  Thu, Apr 27, 2023 at 12:05 PM
To: FOIA HELP MAILBOX <foia_help_mailbox@cbp.dhs.gov>

Good afternoon,

Our office has recently been retained by Tristan Khan in connection with his FOIA request and Global Entry appeal.

Mr. Khan has already submitted a FOIA request to the CBP this past March. Rather than submit a new request for him (from us), is it possible to transfer his current request to my account?

His current request's tracking number is CBP-FO-2023-051579. I have attached his signed authorization and passport as well.

Best Regards,

Nicolette Lewandowski
Paralegal
**National Security Law Firm**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC  20036
Phone:  202-600-4996
Fax:     202-545-6318
Email:   nicolette@nationalsecuritylawfirm.com

---

**2 attachments**

 **CBP FOIA -- Tristan Khan – TK Signed.pdf**
198K

**Tristan Khan Current Passport.pdf**
290K

# EXHIBIT  C



**Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

---

## CBP FOIA - CBP-FO-2023-051579
11 messages

---

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us>
Reply-To: cbpfoia@cbp.dhs.gov
To: nicolette@nationalsecuritylawfirm.com, tristan.s.khan@gmail.com

Wed, May 3, 2023 at 10:12 AM

Nicolette Lewandowski
National Security Law Firm
1250 Connecticut Avenue NW
Suite 700
Washington, District of Columbia 20036

CC:tristan.s.khan@gmail.com

05/03/2023

CBP-FO-2023-051579

Dear Nicolette Lewandowski:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 3/6/2023. Please use the following unique FOIA tracking number CBP-FO-2023-051579 to track the status of your request.

On April 27, 2023, our office received a request to transfer FOIA request (CBP-FO-2023-051579) submitted by Tristan Khan to newly retained attorney Nicolette Lewandowski of National Security Law Firm. The request contained an authorization for release signed by Tristan Khan; therefore, this request has been reassigned to Nicolette Lewandowski.

Provisions of the Act allow us to recover part of the cost of complying with your request. We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you; however, the first 100 pages are free.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request. Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt. Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Sincerely,
U.S. Customs and Border Protection

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                    Wed, May 3, 2023 at 12:20 PM
To: Tristan Khan <████████████████>
Cc: Alex Carr <alex@nationalsecuritylawfirm.com>

Hi Tristan,

Hope you are well. I just received notification from the CBP FOIA department that your request has been reassigned to my account. I will keep you posted on any developments.

Thank you,
Nicki
[Quoted text hidden]

---

**Tristan Khan** <████████████████>                    Wed, May 3, 2023 at 5:27 PM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
Cc: Alex Carr <alex@nationalsecuritylawfirm.com>

Hi Nicki,

That's awesome news. Thanks for letting me know.

Hope you're well.

  Best,
  Tristan


  **Tristan Khan**
  **Connect on LinkedIn**

---

**From:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
**Sent:** Wednesday, May 3, 2023 10:20:18 AM
**To:** Tristan Khan ████████████████
**Cc:** Alex Carr <alex@nationalsecuritylawfirm.com>
**Subject:** Fwd: CBP FOIA - CBP-FO-2023-051579

[Quoted text hidden]

---

**Tristan Khan** <████████████████>                    Wed, Jun 7, 2023 at 3:40 AM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
Cc: Alex Carr <alex@nationalsecuritylawfirm.com>

Hi Nicki,

Hope you've been well. It's been three months since my FOIA request was submitted so if you could check on the status and update me that would be helpful.

Thanks and speak soon.

  Best,
  Tristan


  **Tristan Khan**
  **Connect on LinkedIn**

---

**From:** Tristan Khan ████████████████████
**Sent:** Wednesday, May 3, 2023 10:27:44 PM
**To:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
**Cc:** Alex Carr <alex@nationalsecuritylawfirm.com>
**Subject:** Re: CBP FOIA - CBP-FO-2023-051579

[Quoted text hidden]

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>          Thu, Jun 8, 2023 at 10:27 AM
To: Tristan Khan ████████████████████

Hi Tristan,

Nothing yet, unfortunately. The typical turnaround time is 4-6 months, sometimes longer.

Thanks,
Nicki

[Quoted text hidden]

---

**Tristan Khan** ████████████████████          Thu, Jun 8, 2023 at 10:56 AM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Yikes. Thanks, Nicki!

Best,
Tristan

**Tristan Khan**
**Connect on LinkedIn**

[Quoted text hidden]

---

**Tristan Khan** ████████████████████          Tue, Aug 22, 2023 at 12:45 PM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Hi Nicki,

Hope you're well. Checking in on this as it's almost 6 months.

Thank you.

Best,
Tristan

**Tristan Khan**
**Connect on LinkedIn**

---

**From:** Tristan Khan ████████████████████
**Sent:** Thursday, June 8, 2023 10:56:38 AM
**To:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

[Quoted text hidden]

[Quoted text hidden]

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>          Thu, Aug 24, 2023 at 10:11 AM
To: Tristan Khan <████████████████████

Hi Tristan,

I'll request a status update and circle back with you once I hear back!

Thanks,
Nicki

[Quoted text hidden]

---

**Tristan Khan** ██████████████                                    Thu, Aug 24, 2023 at 1:57 PM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Great, thank you.

Best,
Tristan

**Tristan Khan**
**Connect on LinkedIn**

---

**From:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
**Sent:** Thursday, August 24, 2023 3:11:03 PM
**To:** Tristan Khan ██████████████

[Quoted text hidden]

[Quoted text hidden]

---

**Tristan Khan** ██████████████                                    Fri, Sep 8, 2023 at 11:37 AM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Hey Nicki,

Following up on this as it's been over 6 months for sure now.

Thank you!

Best,
Tristan

**Tristan Khan**
**Connect on LinkedIn**

[Quoted text hidden]

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>              Wed, Sep 13, 2023 at 1:45 PM
To: Tristan Khan ██████████████

Hi Tristan,

I apologize for the delayed response. I received an email saying documents were released, but the link to access them is not working... nor am I able to access them from my account. Thus, I sent an email to the IT department for access. I suspect to hear back from them tomorrow or Friday, so I will keep you posted.

Thanks,
Nicki

[Quoted text hidden]

 **Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

## CBP FOIA - CBP-FO-2023-051579

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us>                    Wed, May 3, 2023 at 10:12 AM
Reply-To: cbpfoia@cbp.dhs.gov
To: nicolette@nationalsecuritylawfirm.com, ████████████

Nicolette Lewandowski
National Security Law Firm
1250 Connecticut Avenue NW
Suite 700
Washington, District of Columbia 20036

CC:tristan.s.khan@gmail.com

05/03/2023

CBP-FO-2023-051579

Dear Nicolette Lewandowski:

This notice acknowledges receipt of your Freedom of Information Act (FOIA) request to U.S. Customs and Border Protection (CBP) received on 3/6/2023. Please use the following unique FOIA tracking number CBP-FO-2023-051579 to track the status of your request.

On April 27, 2023, our office received a request to transfer FOIA request (CBP-FO-2023-051579) submitted by Tristan Khan to newly retained attorney Nicolette Lewandowski of National Security Law Firm.  The request contained an authorization for release signed by Tristan Khan; therefore, this request has been reassigned to Nicolette Lewandowski.

Provisions of the Act allow us to recover part of the cost of complying with your request.  We shall charge you for records in accordance with the DHS FOIA regulations outlined on the DHS website, https://www.federalregister.gov/documents/2016/11/22/2016-28095/freedom-of-information-act-regulations. By submitting your request, you have agreed to pay up to $25.00 in applicable processing fees, if any fees associated with your request exceed this amount, CBP shall contact you; however, the first 100 pages are free.

Due to the increasing number of FOIA requests received by this office, we may encounter some delay in processing your request.  Consistent with 6 C.F.R. Part 5 § 5.5(a) of the DHS FOIA regulations, CBP processes FOIA requests according to their order of receipt.  Although CBP's goal is to respond within 20 business days of receipt of your request, FOIA does permit a 10-day extension of this time period in certain circumstances pursuant to 6 C.F.R. Part 5 § 5.5(c).

For additional information please consult CBP FOIA website please click on FOIA Act Resources or visit http://www.cbp.gov/site-policy-notices/foia.

Sincerely,
U.S. Customs and Border Protection

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

# EXHIBIT  D

 **Gmail**

Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

---

## Request: CBP-FO-2023-051579, missing from my account

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                    Thu, Aug 24, 2023 at 10:12 AM
To: CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>

Good afternoon,

The above referenced FOIA request is assigned to me, but does not show up on my Secure Release account.

May I please have the status of CBP-FO-2023-051579 (Tristan Khan), and have it added to my online account?


Best Regards,

Nicolette Lewandowski
Paralegal
**National Security Law Firm**
1250 Connecticut Avenue, NW
Suite 700
Washington, DC  20036
Phone:  202-600-4996
Fax:      202-545-6318
Email:   nicolette@nationalsecuritylawfirm.com

# EXHIBIT  E



**Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

## Request: CBP-FO-2023-051579, missing from my account

CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>      Thu, Aug 24, 2023 at 2:53 PM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Dear Nicolette Lewandowski:

Your FOIA request was reviewed as a third-party request and did not include authorization that information on this individual, or business, can be released to you. All third party FOIA requests must include a signed G-28 or G-639 form, or a signed statement from the individual verifying that his/her information may be released to you. Or, if requesting records pertaining to a business or company, a signed statement on company letterhead. Due to privacy concerns, CBP cannot confirm nor deny the existence of records on this individual or business. Your FOIA request has been closed as insufficient. Please be advised that this action is not a denial of your request and will not preclude you from filing other requests in the future. Please resubmit your FOIA request, along with the required information, by logging into your existing SecureRelease account.

This completes your request.

Thank you.

FOIA Division
U.S. Customs and Border Protection

**From:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
**Sent:** Thursday, August 24, 2023 10:13 AM
**To:** CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
**Subject:** Request: CBP-FO-2023-051579, missing from my account

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

[Quoted text hidden]

# EXHIBIT F



**Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

---

## Request: CBP-FO-2023-051579, missing from my account

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                   Fri, Aug 25, 2023 at 3:41 PM
To: CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>

Good afternoon,

Your office acknowledged our client's authorization to release records to us. Please see your department's confirmation in the email thread attached.

Please advise, thank you.

Respectfully,
Nicki

[Quoted text hidden]

---

📄 **National Security Law Firm Mail - CBP FOIA - CBP-FO-2023-051579.pdf**
202K

# EXHIBIT  G



**Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

## CBP FOIA - CBP-FO-2023-051579
1 message

**cbpfoia@cbp.dhs.gov** <noreply@securerelease.us>                          Thu, Aug 31, 2023 at 12:49 PM
Reply-To: cbpfoia@cbp.dhs.gov
To: nicolette@nationalsecuritylawfirm.com

08/31/2023

CBP-FO-2023-051579

Dear Nicolette Lewandowski :

A search of CBP databases produced records responsive to your Freedom of Information Act (FOIA) request CBP-FO-2023-051579, requesting records maintained by CBP.

CBP has considered the foreseeable harm standard when reviewing the record set and have applied the FOIA exemptions as required by the statute and the Attorney General's guidance. CBP has determined that the responsive records are partially releasable, pursuant to Title 5 U.S.C. § 552 and have applied the appropriate exemptions notated below:

                    Section 552 (FOIA)

___ (b)(1) ___ (b)(2)    ___ (b)(3)    ___ (b)(4)    ___ (b)(5)    _X__ (b)(6)

___ (b)(7)(A) ___ (b)(7)(B) __X_ (b)(7)(C) ___ (b)(7)(D) _X__ (b)(7)(E) ___ (b)(7)(F)

___ (b)(3) Statute 49 U.S.C. § 114(s)

A description of the exemptions applied can be found by clicking the hyperlink. If you have a SecureRelease account, you MUST log into your account to retrieve your responsive records.

    Additional Information about CBP's Trusted Traveler Programs

This letter relates only to your request for access to CBP records and this office only has the ability and authority to obtain and release records to you in response to your FOIA request. We do not make decisions regarding eligibility for the agency's trusted traveler programs nor do we have the ability or authority to modify the decision of the Trusted Traveler Program office.

The Trusted Traveler Programs are voluntary, "zero tolerance" programs available only to persons who pass a comprehensive background check. Applicants may not qualify for the program if they:

Provide false or incomplete information on the application;
Have been convicted of any criminal offense or are subject to pending criminal charges, to include outstanding warrants;
Have been found in violation of any customs, immigration, or agriculture regulations or laws in any country;
Are the subject of an investigation by any federal, state, or local law enforcement agency;
Are inadmissible to the United States under immigration regulations, including applicants with approved waivers of inadmissibility or parole documentation; or
Cannot satisfy CBP of their low-risk status or meet other program requirements.

If you have ongoing concerns about your trusted traveler program membership status, you may address the issue by making an appointment at a Trusted Traveler Enrollment Center or by contacting the trusted traveler program Ombudsman at: https://ttp.cbp.dhs.gov.

Pursuant to DHS Instruction 262-11-004, FOIA Officers at DHS have been instructed to withhold personally identifiable information (PII) and sensitive personally identifiable information (SPII) of DHS personnel unless a determination is made

that the disclosure does not raise security or privacy concerns, or if those concerns are outweighed by any public interest in that information. This policy is available online. Under this policy, the names of senior leaders, spokespersons, and political appointees are generally releasable. With respect to this FOIA request, DHS may have applied FOIA Exemption 6 to protect PII of DHS employees, including names and contact information. To the extent that has DHS withheld employee PII within these records, it has been determined that the employee(s) has/have substantial and legitimate privacy interests and that these interests are not outweighed by any public interest in the operations of the Department.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the FOIA. See 5 U.S.C. 552(c). This response is limited to those records that are subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

You may notice a recent date on the attached records. This is the date our processor queried the record in response to your FOIA request. For clarity, it is not the date the agency first created the record.

This completes the CBP response to your request. You may contact CBP's FOIA Public Liaison, Charlyse Hoskins, by sending an email via your SecureRelease account, mailing a letter to 90 K St, NE MS 1181, Washington DC, 20229 or by calling 202-325-0150. (If you need telecommunication relay service (TRS) assistance to communicate with the CBP FOIA Office and you are in the United States, please dial 711 to obtain TRS assistance and notify the Communications Assistant that you want to contact the CBP FOIA Office at the telephone number (202) 325-0150). The FOIA Public Liaison is able to assist in advising on the requirements for submitting a request, assist with narrowing the scope of a request, assist in reducing delays by advising the requester on the type of records to request, suggesting agency offices that may have responsive records and receive questions or concerns about the agency's FOIA process. Please notate file number CBP-FO-2023-051579 on any future correspondence to CBP related to this request.

If you are not satisfied with the response to this request, you have a right to appeal the final disposition. Should you wish to do so, you must file your appeal within 90 days of the date of this letter following the procedures outlined in the DHS regulations at Title 6 C.F.R. §5.8. Please include as much information as possible to help us understand the grounds for your appeal. You should submit your appeal via your SecureRelease acount. If you do not have a SecureRelease account, you must send your appeal and a copy of this letter to: FOIA Appeals, Policy and Litigation Branch, U.S. Customs and Border Protection, 90 K Street, NE, MS1177, Washington, DC 20229-1177. Your envelope and letter should be marked "FOIA Appeal." Copies of the FOIA and DHS regulations are available at www.dhs.gov/foia. Additional information can be found at the following link https://www.cbp.gov/sites/default/files/assets/documents/2019-Dec/definitions-exemptions-foia_0.pdf.

Additionally, you have a right to seek dispute resolution services from the Office of Government Information Services (OGIS) which mediates disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. If you are requesting access to your own records (which is considered a Privacy Act request), you should know that OGIS does not have the authority to handle requests made under the Privacy Act of 1974. You may contact OGIS as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001, e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769. Please note that contacting the CBP FOIA Public Liaison or OGIS does not stop the 90-day appeal clock and is not a substitute for filing an administrative appeal.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Sincerely,

U.S. Customs and Border Protection

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

# EXHIBIT  H



Gmail

Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

# CBP Released Documents

7 messages

**cbp@cbp.dhs.gov** <noreply@securerelease.us> Thu, Aug 31, 2023 at 12:47 PM
Reply-To: cbp@cbp.dhs.gov
To: nicolette@nationalsecuritylawfirm.com

08/31/2023

Request Number: CBP-FO-2023-051579

Dear Nicolette Lewandowski:

Please use the following link to navigate to your documents. This link will be available for 365 days.

To retrieve the records associated with this request use this link Released Documents for Request CBP-FO-2023-051579 or enter https://www.securerelease.us/request-details/697E75E2-1793-45F2-898F-D4F41136009B/2 in your browser's address bar.
Please login or create a new user account using the email address associated with your records request: nicolette@nationalsecuritylawfirm.com

This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited.

Deloitte refers to a Deloitte member firm, one of its related entities, or Deloitte Touche Tohmatsu Limited ("DTTL"). Each Deloitte member firm is a separate legal entity and a member of DTTL. DTTL does not provide services to clients. Please see www.deloitte.com/about to learn more.

v.E.1

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com> Thu, Aug 31, 2023 at 4:23 PM
To: CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
Cc: "HAIR, PAUL T" <paul.t.hair@cbp.dhs.gov>

Good afternoon,

I am unable to access any documents through the link provided below. I also tried searching this request on my SecureRelease account, but this yielded no results.

Please advise, thank you!

Best Regards,
Nicki
[Quoted text hidden]

---

**CBP FOIA PUBLIC LIAISON** <cbpfoiapublicliaison@cbp.dhs.gov> Thu, Sep 7, 2023 at 10:21 AM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Dear Nicolette,

Thank you for your email to the U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) Public Liaison mailbox.

Please contact the Secure Release Support Team for all IT issues by calling (844) 238-7744 or by email: securereleasesupportteam@deloitte.com

FOIA Division

U.S. Customs and Border Protection

---

**From:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
**Sent:** Thursday, August 31, 2023 4:23 PM
**To:** CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
**Cc:** HAIR, PAUL T <paul.t.hair@cbp.dhs.gov>
**Subject:** Fwd: CBP Released Documents

> **CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

[Quoted text hidden]

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                      Wed, Sep 13, 2023 at 12:36 PM
To: securereleasesupportteam@deloitte.com

Good afternoon,

I am unable to access any documents through the link provided below, for request CBP-FO-2023-051579. I also tried searching this request on my SecureRelease account, but this yielded no results.

Please advise, thank you!

Best Regards,
Nicki

---------- Forwarded message ---------
From: **Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>
Date: Thu, Aug 31, 2023 at 4:23 PM
Subject: Fwd: CBP Released Documents
To: CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
Cc: HAIR, PAUL T <paul.t.hair@cbp.dhs.gov>

[Quoted text hidden]

---

**US Advisory Secure Release Support Team** <securereleasesupportteam@deloitte.com>                      Wed, Sep 13, 2023 at 3:49 PM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>, US Advisory Secure Release Support Team <securereleasesupportteam@deloitte.com>

Hello,

You have reached SecureRelease Support.

It appears that the requester account associated with CBP-FO-2023-051579 was updated by the agency after the request was received.

We have initiated a process to resync the request to the SecureRelease portal and to the account registered to nicolette@nationalsecuritylawfirm.com.

When you have a moment, please log in to your SecureRelease account and confirm that you can access the request.

If records were released by the agency in response to the request, they will appear under the Documents tab within the request.

Regards,

**SecureRelease™ Support Team (Contractor)**

securereleasepublicsupport@deloitte.com

www.securerelease.us/account-page/sign-in/

[Quoted text hidden]

---

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>          Thu, Sep 14, 2023 at 2:47 PM
To: US Advisory Secure Release Support Team <securereleasesupportteam@deloitte.com>

I was able to access the documents, thank you.

[Quoted text hidden]

---

**US Advisory Secure Release Support Team** <securereleasesupportteam@deloitte.com>          Thu, Sep 14, 2023 at 3:04 PM

To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>, US Advisory Secure Release Support Team <securereleasesupportteam@deloitte.com>

Great – thank you for letting us know.

Take care,

SecureRelease Support

**SecureRelease FOIA Request Portal | Website Support Team**

securereleasepublicsupport@deloitte.com

www.securerelease.us

[Quoted text hidden]

# EXHIBIT  I

                              **Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

---

## CBP Released Documents

**CBP FOIA PUBLIC LIAISON** <cbpfoiapublicliaison@cbp.dhs.gov>          Thu, Sep 7, 2023 at 10:21 AM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

Dear Nicolette,

Thank you for your email to the U.S. Customs and Border Protection (CBP) Freedom of Information Act (FOIA) Public Liaison mailbox.

Please contact the Secure Release Support Team for all IT issues by calling (844) 238-7744 or by email: securereleasesupportteam@deloitte.com

FOIA Division

U.S. Customs and Border Protection

---

**From:** Nicolette Estok <nicolette@nationalsecuritylawfirm.com>
**Sent:** Thursday, August 31, 2023 4:23 PM
**To:** CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
**Cc:** HAIR, PAUL T <paul.t.hair@cbp.dhs.gov>
**Subject:** Fwd: CBP Released Documents

---

**CAUTION:** This email originated from outside of DHS. DO NOT click links or open attachments unless you recognize and/or trust the sender. If you feel this is a suspicious-looking email, please report by using the Report Phish button option.

[Quoted text hidden]

# EXHIBIT  J

                                          **Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

## CBP Released Documents

**US Advisory Secure Release Support Team** <securereleasesupportteam@deloitte.com>     Wed, Sep 13, 2023 at 3:49 PM
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>, US Advisory Secure Release Support Team <securereleasesupportteam@deloitte.com>

Hello,

You have reached SecureRelease Support.

It appears that the requester account associated with CBP-FO-2023-051579 was updated by the agency after the request was received.

We have initiated a process to resync the request to the SecureRelease portal and to the account registered to nicolette@nationalsecuritylawfirm.com.

When you have a moment, please log in to your SecureRelease account and confirm that you can access the request.

If records were released by the agency in response to the request, they will appear under the Documents tab within the request.

Regards,

**SecureRelease™ Support Team (Contractor)**

securereleasepublicsupport@deloitte.com

www.securerelease.us/account-page/sign-in/

[Quoted text hidden]

 Gmail                                                    **Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

---

## CBP Released Documents

**Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>                    Wed, Sep 13, 2023 at 12:36 PM
To: securereleasesupportteam@deloitte.com

Good afternoon,

I am unable to access any documents through the link provided below, for request `CBP-FO-2023-051579`. I also tried searching this request on my SecureRelease account, but this yielded no results.

Please advise, thank you!

Best Regards,
Nicki

---------- Forwarded message ---------
From: **Nicolette Estok** <nicolette@nationalsecuritylawfirm.com>
Date: Thu, Aug 31, 2023 at 4:23 PM
Subject: Fwd: CBP Released Documents
To: CBP FOIA PUBLIC LIAISON <cbpfoiapublicliaison@cbp.dhs.gov>
Cc: HAIR, PAUL T <paul.t.hair@cbp.dhs.gov>


[Quoted text hidden]


Nicolette Estok <nicolette@nationalsecuritylawfirm.com>

## CBP Released Documents

**US Advisory Secure Release Support Team** <securereleasesupportteam@deloitte.com>
To: Nicolette Estok <nicolette@nationalsecuritylawfirm.com>, US Advisory Secure Release Support Team <securereleasesupportteam@deloitte.com>

Wed, Sep 13, 2023 at 3:49 PM

Hello,

You have reached SecureRelease Support.

It appears that the requester account associated with CBP-FO-2023-051579 was updated by the agency after the request was received.

We have initiated a process to resync the request to the SecureRelease portal and to the account registered to nicolette@ nationalsecuritylawfirm.com.

When you have a moment, please log in to your SecureRelease account and confirm that you can access the request.

If records were released by the agency in response to the request, they will appear under the Documents tab within the request.

Regards,

**SecureRelease™ Support Team (Contractor)**

securereleasepublicsupport@deloitte.com

www.securerelease.us/account-page/sign-in/

[Quoted text hidden]

# EXHIBIT  K



**GLOBAL ENROLLMENT SYSTEM (GES)**

Welcome | Search | Administration

Text Only



**Summary**

| | Help | Logout |



**PASSID:** ███    **Name:** KHAN, TRISTAN ███    **DOB:** ███

<div style="border:1px solid red">Review Biographic comments</div>

**Traveler Menu**

Summary
Request List

**(b)(7)(E)**

| Show All | Biographic | Other ID | Address | Employment | Document |
| Conveyance | Request | RFID | Travel History | APEC | Comment | Attachment |
| CTTP Card | Parents Info | RAW |

**Biographic**                                            Biographic Detail



PASSID: ███
GOES User ID: ███

GEC Number: ███

First Name: TRISTAN       Birth Date: ███
Middle Name:              Gender: Male
Last Name: KHAN           Height: 5 ft. 10 in.
Maternal Name:            Eye Color: Brown
Other Last Names:         Hair Color:
Other First Names:

Captured: 12 Sep 2017

Image Capture

Birth Country: ███              Fingerprint Capture Date: 12 Sep 2017
Birth City: ███                 Canada Iris Capture Date: 12 Sep 2017
Birth State/Province:           Canada Iris Not Captured Date:

Primary Citizenship: ███        APEC Eligible:
Other Citizenship:              TSA Hazmat: NO

Primary Residence: ███          E-mail Address: ███
Residency Status:               Language Preference: English

**Other ID**

GOES USER ID: 3efaebc8-35d3-424e-93d8-4e75a3837e99
GEC NUMBER: 1021960940
FAST NORTH ID:
FAST SOUTH ID:
FLUX ID:
MEXICO PVC MEMBERSHIP NO.:
MEXICO CURP NO.:
MEXICO RFC NUMBER - OWN:
MEXICO RFC NUMBER - OTHER:
GERMANY ABG MEMBERSHIP NO.:
QATAR NATIONAL ID:
SAUDI ARABIA NATIONAL ID:
UK ACCESS CODE:
COLOMBIA NATIONAL ID:
SINGAPORE NATIONAL REGISTRATION ID:
ISRAEL IDENTITY NO.:

**ARGENTINA NATIONAL ID:**
**TAIWAN NATIONAL ID:**
**NETHERLAND NATIONAL NUMBER:**
**BRAZIL CPF NUMBER:**
**DOMINICAN CEDULA NUMBER:**

## Address                                                              Address List

**Mailing address**
**Name:**
**Effective Date:**      Mar 2014 - Present
**Street:**
**City:**                                              **State/Province:**
**Country:**                                           **Postal Code:**
**Colonia/Neighborhood:**

**Main resident address**
**Name:**
**Effective Date:**      Apr 2014 - Present
**Street:**
**City:**                                              **State/Province:**
**Country:**                                           **Postal Code:**
**Colonia/Neighborhood:**
**Cell Phone Number:**

**Main resident address**
**Name:**
**Effective Date:**      Oct 2011 - Mar 2014
**Street:**
**City:**                                              **State/Province:**
**Country:**                                           **Postal Code:**
**Colonia/Neighborhood:**

## Employment                                                          Employment List

**Employment Status:**   Employed             **Occupation:**        Director of New Business
**Name:**
**Date:**                Aug 2016 - Present
**Street:**
**City:**                                              **State/Province:**
**Country:**                                           **Postal Code:**
**Colonia/Neighborhood:**
**Phone Number:**
**Employment**
**Description:**

**Employment Status:**   Unemployed           **Occupation:**
**Name:**
**Date:**                Oct 2015 - Jul 2016
**Street:**
**City:**                                              **State/Province:**
**Country:**                                           **Postal Code:**
**Colonia/Neighborhood:**
**Phone Number:**
**Employment**
**Description:**

**Employment Status:**   Employed             **Occupation:**        Creative Director
**Name:**
**Date:**                Apr 2014 - Sep 2015
**Street:**
**City:**                                              **State/Province:**
**Country:**                                           **Postal Code:**

**Colonia/Neighborhood:**
**Phone Number:**
**Employment**
**Description:**

| | | | |
|---|---|---|---|
| **Employment Status:** | Employed | **Occupation:** | Analytics Associate |
| **Name:** | | | |
| **Date:** | May 2013 - Mar 2014 | | |
| **Street:** | | | |
| **City:** | ▨ | **State/Province:** | |
| **Country:** | | **Postal Code:** | ▨ |
| **Colonia/Neighborhood:** | | | |
| **Phone Number:** | | | |
| **Employment** | | | |
| **Description:** | | | |

| | | | |
|---|---|---|---|
| **Employment Status:** | Student | **Occupation:** | |
| **Name:** | | | |
| **Date:** | Sep 2011 - May 2013 | | |
| **Street:** | | | |
| **City:** | | **State/Province:** | |
| **Country:** | | **Postal Code:** | |
| **Colonia/Neighborhood:** | | | |
| **Phone Number:** | | | |
| **Employment** | | | |
| **Description:** | | | |

**Document**                                                          Document List

| | | | |
|---|---|---|---|
| **Type:** | Passport | **Document Number:** | ▨ |
| **Issue Date:** | 24 Dec 2020 | **Expiration Date:** | 24 Dec 2025 |
| **First Name:** | TRISTAN ▨ | **Birth Date:** | ▨ |
| **Middle Name:** | | | |
| **Last Name:** | KHAN | | |
| **Maternal Name:** | | | |
| **Issue Country:** | | | |
| **City Name:** | ▨ | **State/Province:** | |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | Global Entry | **Registry Group:** | |
| **Proof of Admissibility:** | YES | **Proof of Citizenship:** | YES |
| **Proof of Residency:** | NO | **Proof Country:** | ▨ |
| **Document Name:** | | | |
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |
| **Type:** | Driver's License | **Document Number:** | ▨ |
| **Issue Date:** | | **Expiration Date:** | 14 Mar 2022 |
| **First Name:** | Tristan | **Birth Date:** | ▨ |
| **Middle Name:** | ▨ | | |
| **Last Name:** | Khan | | |
| **Maternal Name:** | | | |
| **Issue Country:** | ▨ | | |
| **City Name:** | | **State/Province:** | ▨ |
| **Province Name:** | | **Visa Class Code:** | |
| **Alien Number:** | | **Petition Date:** | |
| **AIS Programs:** | | **Registry Group:** | |
| **Proof of Admissibility:** | NO | **Proof of Citizenship:** | NO |
| **Proof of Residency:** | NO | **Proof Country:** | |
| **Document Name:** | ▨ | | |

| | | | |
|---|---|---|---|
| **Enhanced Drivers License:** | NO | **Commercial Drivers License:** | NO |
| **Hazmat:** | NO | **MRZ Certification:** | NO |

**Conveyance**                                                    Conveyance List

---

**Request**                                                          Request List

---

| | | | |
|---|---|---|---|
| **AIS Program:** | NEXUS | **Request Type:** | Initial Enrollment |
| **Request Date:** | 31 May 2017 | **Request Source:** | GOES 11030786 |
| **Request Reason:** | | **Request Status:** | Approved |
| **Enrollment POE:** | BUFFALO ENROLLMENT CENTER | **Citizenship/Nationality:** | Foreign National |
| **Entry Purpose Description:** | | | |

---

**RFID**                                                                RFID List

---

| | | | |
|---|---|---|---|
| **Radio Freq. ID:** | (b)(7)(E) | **Type:** | NEXUS Card |
| **Effective Date:** | 18 Sep 2017 | | |
| **Conveyance:** | | | |

---

**Travel History**                                               Travel History

---

Countries visited in the last 5 years:

- BARBADOS
- BELGIUM
- BRAZIL
- SWITZERLAND
- COSTA RICA
- GERMANY
- SPAIN
- FRANCE
- UNITED KINGDOM
- ISRAEL
- ITALY
- JAMAICA
- CAMBODIA
- LITHUANIA
- MALAYSIA
- NETHERLANDS
- PANAMA
- PORTUGAL
- EL SALVADOR
- THAILAND
- VIET NAM

**APEC Card**

---

**Comment**

---

| USER ID | DATE | COMMENT TYPE | COMMENT |
|---|---|---|---|
| (b)(6) (b)(7)(C) | 2017-09-12 | Biographic | Nexus initial applicant interviewed by CBPO (b)(6)(b)(7)(C) on September 12, 2017, relevant interview questions asked, documents reviewed for authenticity and information in GES was verified and correct. Applicant has FBI #816936EC0, 7/10/04 for cocaine smuggling, charges dismissed. Enrolled in Nexus/Global Entry. Approved. |

## Attachment

| USER ID | ATTACHMENTS | FILE TYPE | ATTACHMENT TYPE | DESCRIPTION | DATE |
|---|---|---|---|---|---|
| (b)(6) (b)(7)(C) | Brief.pdf | application/pdf | Request | | 2017-09-12 |

## CTTP Card

| | | | |
|---|---|---|---|
| **Status:** | Activated | | |
| **First Name:** | TRISTAN | **Last Name:** | KHAN |
| **Birth Date:** | | **Gender:** | Male |
| **Citizenship:** | | | |
| **AIS Program:** | | **Expiration Date:** | 14 MAR 2023 |
| **Document Number:** | | **Application ID:** | |
| **Issue RFID:** | | **Issue Date:** | 12 SEP 2017 |
| **Tag ID:** | (b)(7)(E) | **Version:** | C01 |
| **Street:** | | **Suite:** | |
| **City:** | | **State/Province:** | |
| **Country:** | | **Postal Code:** | |

## Parent Information

**Father First Name:**

**Father Last Name:**

**Mother First Name:**

**Mother Last Name:**

## RAW                                                                    RAW List

| AIS Program: | NEXUS | Request Type: | Initial Enrollment |
|---|---|---|---|
| RAW Id: | (b)(7)(E) | Application Sequence ID: | 25725553 |



**GLOBAL ENROLLMENT SYSTEM (GES)**

Welcome | Search | Administration
Text Only



**Raw List**

Help
Logout

| PASSID: | | Name: KHAN, TRISTAN | | DOB: |
|---|---|---|---|---|
| | **RAW ID** | **AIS Program** | **Request Type** | **Application Id** |
| | (b)(7)(E) | NEXUS | Initial Enrollment | |

## (b)(7)(E)

# Risk Assessment Worksheet

### Pass ID:

**Program Type:** NEXUS | **Application ID:** | **Application Type:** Initial
Enrollment

## Person Data

**First Name:** TRISTAN    **Last Name:** KHAN    **DOB:**
                         **Gender:** M
**Citizenship:**    **Birth Country:**

## Findings

(b)(7)(E)

# (b)(7)(E)

### *RISK ASSESSOR*

**Risk Assessor Comments (Internal):** FBI# for 2004 Cocaine Smuggling arrest,
record shows complaint dismissed  travel, living in         . No disqualifying
information found.
**Officer Recommendation:** PASS
**Date Vetted:** 2017-07-25
**Vetting Officer:** (b)(6) (b)(7)(C)

**Supporting Information (Internal):**

**Denial Reasons/Comments (Sent to Applicant):**

(b)(7)(E)    **Query Results**

(b)(7)(E)    (b)(7)(E)

**(b)(7)(E)**

(b)(7)(E)

## Name Variants, Query Results & Questions

### *APPLICANT NAME VARIANTS QUERIED (x2)*

KHAN, TRISTAN
KHAN, TRISTAN

(b)(7)(E)    (b)(7)(E)

# (b)(7)(E)

**(b)(7)(E)**

**(b)(7)(E)**

# (b)(7)(E)

Initial Enrollment                                                                                   8:15

NEXUS BRIEFING

I, Tristan Khan, acknowledge that I have been informed of the rules and regulations of the NEXUS program and that I will abide by these rules and regulations or be subject to possible sanctions, including revocation of my NEXUS membership, for any violations that I may commit.

- Nexus lane procedures / Hours of operation.
- After Card is read at RFID reader, vehicle must stop for inspection with CBPO at all crossing locations
- Every occupant in the vehicle must have their Nexus card.
- Members must update all changes to their personal info (including address change, employment change, immigration status change, federal/state/local arrests, and/or CBP or CBSA violations).
- If unsure of any rules, contact or stop at the NEXUS enrollment center or use a regular lane.
- Nexus members may use any vehicle, including rental, recreational, and motorcycles in the Nexus lane. Members must ensure their license plate is free from obstruction and the CBP/CBSA officer or license plate reader can clearly capture it.
- Nexus member is obliged to declare all merchandise including duty free merchandise, purchased or acquired outside the USA. Nexus members are to declare EVERYTHING even if the CBP officer does not ask specifically during the primary inspection. **Nexus members may not use the Nexus lane when they are over their duty exemption.**
- Restricted/prohibited goods such as firearms, mace, pepper spray, endangered animals, birds, narcotics, fireworks, firewood, Cuban goods, and plants are not permitted in the Nexus lane. (Commercial goods and/or $10,000 or more.)
- Restricted/prohibited fruits, vegetables, plants, seeds, meats, and meat products, are not permitted in the Nexus lane.
- As a Nexus card holder you will be subject to random inspections to include being sent to a secondary processing area, while your vehicle and contents are searched by officers.
- Advised of penalties and criminal prosecution for program violations / law violations (example – smuggling narcotics). In the event that you are approached to smuggle, call (800) BE ALERT (800)232-5378 and contact NEXUS.
- For entry into the United States at a sea and/or land border Port of Entry, a NEXUS card is an approved stand-alone WHTI document.
- $25 U.S. fee for lost/stolen replacement card.

The above rules and regulations were explained to the above named person at the NEXUS Enrollment Center in Fort Erie, ON, CA and the relevant questions were asked with no derogatory information received.

Signature of Applicant: _____    Date  September 12, 2017

# EXHIBIT  L

FINS: 1003022208

Event No: TOR2401001301

**DEPARTMENT OF HOMELAND SECURITY**
**U.S. Customs and Border Protection**

## WITHDRAWAL OF APPLICATION FOR ADMISSION/CONSULAR NOTIFICATION

SIGMA Event: 58902005

File No: 241072362

Date: 01/31/2024

**Basis for Action (Check all that apply):**

- [x] Application for Admission Withdrawn
- [ ] Visa/BCC Canceled
- [ ] VWP Refusal
- [ ] Ordered removed (inadmissible) by immigration judge - Section 235(b)(2) (order attached)
- [ ] Ordered removed (inadmissible) by DHS - Section 235(b)(1) (order attached)
- [ ] Waiver revoked (212(d)(3)) (order attached)
- [ ] Departure required (8 CFR 240.25) (Form I-213 attached)

Notice to: American Consul  Toronto, ✕✕✕✕✕✕
(Location)

From: DHS  Lester B. Pearson International Airport
(Location)

| Name (Family, Given, Middle): |
|---|
| KHAN, TRISTAN ▓▓▓▓ |

| Citizenship: | Country of Birth: | |
|---|---|---|
| ✕✕✕✕ | ✕✕✕ | ✕✕✕✕✕✕ / ✕✕✕✕✕✕ |

| Complete Foreign Mailing Address (Street Address, City, Country): |
|---|
| ▓▓▓▓▓▓▓ |

| Complete U.S. Address (Street Address, City, State, Zip): |
|---|
| ▓▓▓▓▓▓▓ |

| Airline/Vessel of Arrival: | Port of Arrival: | Date of Arrival: |
|---|---|---|
| AMERICAN AIRLINES, Flt#: 5020 | Lester B. Pearson International Airport | 01/31/2024 |

| Visa Number/Type: | Date/Place of Visa Issuance: | Social Security Number: |
|---|---|---|
| None | None | None |

**Reasons** (Include all pertinent facts concerning denial of application for admission, including use of altered, counterfeit or fraudulent document):

**Inadmissibility for KHAN, Tristan** ▓▓▓

On January 31, 2024, KHAN, Tristan ▓▓▓▓▓ a male citizen of ▓▓▓ applied for admission to the United States at Toronto Preclearance Inspections to board American Airlines flight #5020 at Terminal 3. KHAN presented his valid Canadian passport ▓▓▓▓▓ and boarding pass. ▓KHAN was referred to Passport Control Secondary for admissibility review.▓▓▓▓

KHAN is inadmissible to the United States under section 212(a)(2)(C)(i) of the Immigration and Nationality Act.▓

If KHAN wishes to enter the United States, he will need a valid I-192 waiver, approved...(CONTINUED ON I-831)

(Continue on reverse or attach separate sheet, as needed)

| Officer's Name and Title: | Officer's Signature: |
|---|---|
| HARRICHARAN, CAR25980 | |
| Last Name    First Name    M.I. | |
| CBP OFFICER | Digitally Acquired Signature |

| Supervisor's Name and Title: | Supervisor's Signature: |
|---|---|
| RODRIGUEZ, Marshall L | |
| Last Name    First Name    M.I. | |
| SUPERVISORY CBP OFFICER | Digitally Acquired Signature |

CBP Form I-275 (7/22)

Page 1 of 2

Scanned with CamScanner

**TO BE COMPLETED BY ALIEN WHEN APPLICATION FOR ADMISSION IS WITHDRAWN.**

I understand that my admissibility is questioned for the above reasons, which I have read or which have been read to me in the ____ENGLISH____ language. I request that I be permitted to withdraw my application for admission and return abroad. I understand that my voluntary withdrawal of my application for admission is in lieu of a formal determination concerning my admissibility:

☒ by a CBP Officer

☐ in removal proceedings before an immigration judge.

01/31/2024
—————————
Date

—————————
Signature of Alien

*Digitally Acquired Signature*

---

**INSTRUCTIONS**

Aliens who appear inadmissible pursuant to section 235(b)(2) of the INA who elect to withdraw application for admission may choose at any time to appear before an immigration judge for a hearing in removal proceedings. Aliens who appear inadmissible pursuant to section 235(b)(1) or inadmissible pursuant to 8 CFR 217.4 are not entitled to a hearing before an immigration judge.

If a visa is canceled pursuant to 22 CFR 41.122 or a Border Crossing Card is voided under authority of 22 CFR 41.32 or 8 CFR 212.6, forward a copy of CBP Form I-275 to consular post that issued the canceled or voided document.

When forwarding to consular post, attach:

- Any lifted document
- Relating Form I-213 or I-862 (Notice to Appear)
- Relating removal or waiver revocation order
- Any relating memorandum report or sworn statement

CBP Form I-275 (7/22)

Scanned with CamScanner

...t of Homeland Security                    Continuation Page for Form _I275_

| ...me | File Number XXXXXXXXX | Date |
| | SIGMA Event: 58902005 | January 31, 2024 |
| TRISTAN XXX | Event No: TOR2401001301 | |

...the **Admissibility Review Office** for all future entries or transits through the United ...ates.□e-SAFE handout provided.

KHAN accepted to withdraw his application for admission at this time and was escorted outside of the CBP Secondary Inspection area.□□□

| Signature | Title |
| | |
| HARRICHARAN, CAR25980 | CBP OFFICER |

*Digitally Acquired Signature*

                                    __3__ of __3__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Scanned with CamScanner

**Record of Sworn Statement in Administrative Proceedings**

U.S. Department of Homeland Security    SIGMA Event: 58902005

Office: YYZ/CYYZ/7926 - Lester B. Pearson
International Airport. Toronto. Canada

Event Number: TOR2401001301
File No: _____

Statement by: KHAN, TRISTAN ██

In the case of: KHAN, TRISTAN ██

At: TORONTO (TOR)    Date: 01/31/2024

Before: WILLIAMS, CAR19739 - CBP OFFICER
(Name and Title)

Digitally Acquired Signature

In the ENGLISH language. Interpreter: _____    Interpreter employed by: _____

I am an officer of the United States Department of Homeland Security, authorized by law to administer oaths and take
testimony in connection with the enforcement of the Immigration and Nationality laws of the United States.
I desire to take your sworn statement regarding

_____
_____
_____

Q. What language or languages do you speak and understand?
A. English.

Q. Any statement you make must be given freely and voluntarily. Are you willing to
answer my questions at this time?
A. Yes.

Q. Do you understand what I have said to you so far?
A. Yes.

Q. Do you swear or affirm that all the statements you are about to make are true and
complete?
A. Yes.

Q. Do you have any medical conditions, or concerns that the United States Customs and
Border Protection should be made aware of at this time?
A.☐ No.

Q. Are you taking any medications or are you under the influence of any substance that
would prevent you from answering my questions truthfully?
A.☐No.

Q. Are you under the influence of any drugs or alcohol at this moment?
A. No.

Q. What is your true and correct name?
A. Tristan Sean ██.

Q. Have you ever used or been known by any other names?
A. No.

Q ████████ f birth?
A ████████

Q ████ are you born?
A ████
...(CONTINUED ON I-831)

Page 1 of 5    Initials: _____
Digitally Acquired Signature

I-877 (Rev. 08/01/07)

Scanned with CamScanner

t of Homeland Security                           Continuation Page for Form I-877

| Name | File Number | Date |
| --- | --- | --- |
| TRISTAN ██ | SIGMA Event: 58902005 | January 31, 2024 |
| | Event No: TOR2401001301 | |

Of what country are you a citizen or national?
A. ██████.

Q. Do you have any claim to United States citizenship?
A. ☐No.

Q. Do you have any claim to lawful permanent residence of the United States?
A. No.

Q. Do you have any claim to Native American status?
A. No.

Q. What is your father's name and country of birth?
A. ████████████

Q. What is your father's citizenship?
A. ████████████

Q. What is your mother's name and country of birth?
A. ☐ ████████████.

Q. What is your mother's citizenship?
A. ████████

Q. Do your parents have any claim to United States citizenship or lawful permanent residence of the United States?
A. No.

Q. What is your marital status?
A. Divorced.

Q. Do you have children?
A. No.

Q. What is your permanent address in your home country?
A. ████████████████████████

Q. Who else reside at that address?
A. Just me.

Q. Did you apply for admission into the United States today at the Toronto Pearson International Airport?
A. Yes.

Q. What document did you present to the primary Customs and Border Protection Officer to enter the United States?
A. My passport.

Q. Did you present this Canadian (AL866125) passport to the primary Customs and Border Protection Officer to enter the United States?
A. Yes.

...(CONTINUED ON NEXT PAGE)

| Signature | Title |
| --- | --- |
| WILLIAMS, CAR19739 | CBP OFFICER |

*Digitally Acquired Signature*

*Digitally Acquired Signature*

__2__ of __5__ Pages

Form I-831 Continuation Page (Rev. 08/01/07)

Scanned with CamScanner

of Homeland Security                    **Continuation Page for Form** I-877

| | |
|---|---|
| ne<br>**RISTAN** ✖ | **File Number**<br>**SIGMA Event:** 58902005<br>**Event No:** TOR2401001301 |
| | **Date**<br>**January 31, 2024** |

Q. Does this document belong to you?
A. Yes.

Q. **What is the purpose of your entry to the United States?**
A. To visit a friend in California whose father passed away.

Q. **Have you ever been arrested?**
A. Yes.

Q. **What were you arrested for?**
A. A number of charges to include drug trafficking.

Q. **Where were you arrested?**
A. JFK, New York City.

Q. **Our records indicate that on July 10, 2004, at the age of 19 years old, and in New York City, New York, USA, you were arrested and charged with cocaine smuggling, is this correct?**
A. Yes.

Q. **Our records also indicate that these charges were ultimately dismissed, is this correct?**
A. Yes.

Q. **Our records indicate that at the time of your arrest you held a** ▮▮▮▮▮▮▮▮
▮▮▮▮▮▮ **and that you held a B1/B2 USA visitor's visa** ▮▮▮▮▮▮▮▮ **is this correct?**
A. That sounds accurate.

Q. **Our records indicate that the Department of State revoked your B1/B2 USA visitor's visa** ▮▮▮▮▮▮ **because they had reason to believe that you were a drug trafficker, do you understand?**
A. Yes.

Q. **Are you aware that from that moment forward, you were required to have a US waiver to enter the United States, regardless of your citizenship?**
A. No, I was instructed by border services agents at airports and also during my NEXUS interview.

Q. **Do you have a valid waiver to enter the United States?**
A. No.

Q. **You have been found inadmissible to the United States pursuant to section 212(a)(2)(C)(i) of the Immigration and Nationality Act of the United States, as amended, in that a consular or immigration officer knows or has reason to believe you are an alien who is or has been an illicit trafficker in any controlled substance or who is or has been a knowing assister, abettor, conspirator, or colluder with others in the illicit trafficking in any such controlled substance, because were charged with cocaine smuggling, do you understand?**
A. Yes.

Q. **These charges result in a lifetime bar from entering the United States. If you desire to enter the United States in the future, you will need a valid I-192 waiver, approved by the Admissibility Review Office, do you understand?**
A. Yes.

...(CONTINUED ON NEXT PAGE)

| | |
|---|---|
| Signature<br><br>          **WILLIAMS, CAR19739** | Title<br><br>          **CBP OFFICER** |

*Digitally Acquired Signature*

**Form I-831 Continuation Page (Rev. 08/01/07)**

*Digitally Acquired Signature*

___3___ of ___5___ Pages

Scanned with CamScanner

t of Homeland Security                                    Continuation Page for Form I-877

| File Number | Date |
| --- | --- |
| RISTAN ☒☒ | SIGMA Event: 58902005 | January 31, 2024 |
| | Event No: TOR2401001301 | |

Upon your application for admission into the United States today, were you aware of your inadmissibility due to you prior charge for cocaine smuggling?
No, because I have successfully entered the US a number of times and received contradictory information given my multiple officers including my NEXUS interview.

Q. You are being allowed to withdraw your application for entry into the United States and must return to Canada today, do you understand?☐☐
A. Yes.

Q. Have you ever been denied entry into the United States?
A. No.

Q. Are you making this statement freely without threats or promises?
A. Yes.

Q. Is there anything else you would like to add to your statement?
A. No.

Q. Did you understand all the questions I asked you today?
A. Yes.

| Signature | Title |
| --- | --- |
| WILLIAMS, CAR19739 | CBP OFFICER |

*Digitally Acquired Signature*

Form I-831 Continuation Page (Rev. 08/01/07)

*Digitally Acquired Signature*

4 of 5 Pages

Scanned with CamScanner

I have read (or have had read to me) the foregoing statement, consisting of __5__ pages. I state that the answers made therein by me are true and correct to the best of my knowledge and belief and that this statement is a full, true, and correct record of my interrogation on the date indicated by the above-named officer of the Department of Homeland Security. I have initialed each page of this statement (and the correction(s) noted on page(s) _____ ).

Signature _____
<span>Digitally Acquired Signature</span>

Subscribed and sworn to before me at   YYZ/CYYZ/7926 - Lester B. Pearson International Airport, Toronto, Canada

_____   on  01/31/2024 13:00

<span>Digitally Acquired Signature</span>

WILLIAMS, CAR19739
CBP OFFICER
Officer, United States Department of Homeland Security

<span>Digitally Acquired Signature</span>

Witnessed by: _____
HARRICHARAN, CAR25980 - CBP OFFICER

**RECORD OF SWORN STATEMENT**

UNITED STATES DEPARTMENT OF HOMELAND SECURITY
Form I-263A (Rev. 08/01/07)

Scanned with CamScanner

# EXHIBIT  M



**NATIONAL SECURITY**
—— LAW FIRM ——
IT'S OUR TURN TO FIGHT FOR YOU

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036

———

202-600-4996
Fax 202-545-6318

*Admitted in California, Hawaii, Illinois, Louisiana, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C.,*
*Wisconsin, and qualified in England & Wales*

January 6, 2024

FOIA Appeal

      Re: Our Client,  Tristan Khan
      FOIA Request CBP-FO-2023-051579

      Please be advised that I have been retained to represent Tristan Khan with respect to his FOIA request, to include the above referenced FOIA request for his pertinent records.

      A final determination was issued stating the responsive records to the aforementioned request were partially releasable, pursuant to FOIA Exemption (b)(6), (b)(7)(C) and (b)(7)(E). However, the CBP failed to sufficiently show how each of the aforementioned exemptions would meet the reasonable harm standard as applied to the facts of this case. Specifically, 5 USC(b)(7)(E).

      5 USC(b)(7)(E) allows the withholding of records of information compiled for law enforcement purposes, only if release would disclose procedure or guidelines for law enforcement investigations or prosecutions that could reasonably risk circumvention of the law. The Government need clear only a low bar to withhold information under Exemption 7(E). See *McClanahan v. DOJ*, 204 F. Supp. 3d 30, 54 (D.D.C. 2016). It must, however, provide at least enough information for the Court to logically deduce both that the information reveals tactics in law-enforcement investigations or prosecutions, and that such disclosure might create a risk of circumvention of the law. See *Clemente v. FBI*, 741 F. Supp. 2d 64, 88 (D.D.C.2010); *Blackwell*, 646 F.3d at 42. "Generic portrayals of categories of documents and vaguely formulated descriptions will not suffice." *Am. Immigr. Council v. DHS*, 950 F. Supp. 2d 221, 246 (D.D.C. 2013); see also *Dent v. Exec. Off. U.S. Att'ys*, 926 F. Supp. 2d 257, 272 (D.D.C. 013) ("Notwithstanding the categorical protection to law enforcement techniques and procedures afforded under the first clause of Exemption 7(E), no agency can rely on a

declaration written in vague terms or in a conclusory manner.") (citation omitted).

Here, the CBP failed to provide information sufficient to reveal that the information withheld reveals tactics in law-enforcement investigations or prosecutions. Nor did they do the same to show that such disclosure might create a risk of circumvention of the law. In fact, the CBP does not provide any information that would otherwise meet the aforementioned standard.

If U.S. Customs and Border Protection continues to withhold the documents to which Tristan Khan is entitled, the agency should expect a civil lawsuit filed in accordance with 5 USC 552a(g)(1)(B) or (D), to include reasonable attorney fees and litigation costs under 5 USC 552a(g)(2)(B).

Both the Federal and State governments have, time and again, reiterated the importance of the Freedom of Information Act and the Privacy Act. The Judiciary has done the same. Any ambiguity must be resolved in favor of disclosure and transparency. There is nothing insufficient or ambiguous about Tristan Khan's request. 5 USC 552a(d)(1) mandates that CBP disclose the requested records. There is no pertinent exception.

Tristan Khan, once again, requests all of the documents requested. If they are denied once again, CBP should expect a lawsuit.

Very truly yours,

*/s/ Nicolette Lewandowski*

Nicolette Lewandowski

# EXHIBIT  N

☰   **SecureRelease™ Portal**                                🔔   👤

Request Number:        CBP-FO-2023-051579                    ▼

**Messages**                                                 ADD MESSAGE

 **CBP-AP-2025-001604 - Administrative Closure, CBP-AP-2025-001604**   01/07/2025, 2:45:15 pm   ↩   ⊟
                                                              Other

OT:RR:RDL
CBP-AP-2025-001604

01/07/2025

Nicolette Lewandowski
1250 Connecticut Avenue NW
Suite 700
Washington, District of Columbia 20036

Dear Nicolette Lewandowski:

This message responds to the Freedom of Information Act (FOIA) appeal you filed on behalf of your client, Tristan Khan, on 1/6/2025, after U.S. Customs and Border Protection's (CBP) FOIA Division's final determination (CBP-FO-2023-051579). Under the DHS FOIA regulations, appeals must be postmarked or, in the case of electronic submissions, transmitted to the Appeals Officer within 90 working days after the date of the component's response. 6 CFR 5.8(a). FOIA Division's response was dated 8/31/2023. Your appeal is untimely because it was filed well beyond the 90 day requirement. As a result, we are administratively closing your appeal for non-compliance with agency regulations.<br><br>Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.<br><br>Most Sincerely,<br>CBP FOIA Appeals<br>

 **CBP-FO-2023-051579 - Request Synced to Portal - Do Not Reply**   09/13/2023, 3:43:52 pm   ↩   ⊞
Hello, This is an automated message from SecureRelease Support. We are w...  inform you that   Other
a...

SUPPORT      LICENSES      PRIVACY NOTICE      COOKIE NOTICE

COOKIE SETTINGS      GOVERNMENT SYSTEM NOTICE

© 2025 Powered by  Deloitte

 **Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

## Administrative Closure, CBP-AP-2025-001604

1 message

**noreply@cbp.dhs.gov** <noreply@securerelease.us>                                    Tue, Jan 7, 2025 at 2:44 PM
Reply-To: noreply@cbp.dhs.gov
To: nicolette@nationalsecuritylawfirm.com

OT:RR:RDL
CBP-AP-2025-001604

01/07/2025

Nicolette Lewandowski
1250 Connecticut Avenue NW
Suite 700
Washington, District of Columbia 20036

Dear Nicolette Lewandowski:

This message responds to the Freedom of Information Act (FOIA) appeal you filed on behalf of your client, Tristan Khan, on 1/6/2025, after U.S. Customs and Border Protection's (CBP) FOIA Division's final determination (CBP-FO-2023-051579). Under the DHS FOIA regulations, appeals must be postmarked or, in the case of electronic submissions, transmitted to the Appeals Officer within 90 working days after the date of the component's response. 6 CFR 5.8(a). FOIA Division's response was dated 8/31/2023. Your appeal is untimely because it was filed well beyond the 90 day requirement. As a result, we are administratively closing your appeal for non-compliance with agency regulations.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.

Most Sincerely,
CBP FOIA Appeals

# EXHIBIT  O



**NATIONAL SECURITY**
LAW FIRM
IT'S OUR TURN TO FIGHT FOR YOU

1250 Connecticut Avenue, NW
Suite 700
Washington, D.C. 20036
———
202-600-4996
Fax 202-545-6318
*Admitted in California, Hawaii, Illinois, Louisiana, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C.,*
*Wisconsin, and qualified in England & Wales*

January 9, 2025

Privacy Act Request-FOIA

Re:     Our Client: Tristan Khan
        FOIA-Privacy Act Request
        PASS ID: ⬛⬛⬛⬛⬛

Dear Sir/Madam:

Please be advised that I have been retained to represent  with respect to a FOIA-Privacy Act request.  On his behalf, I am requesting all records pertaining to Tristan Khan, held by the United States Customs and Border Patrol. Specifically, those records considered in the determination of his eligibility for any of the Trusted Traveler Programs.  **Please note that our request for records includes all records CBP may have including, but not limited to Trusted Traveler inquiries, secondary stops, risk and threat assessments, border crossings, global enrollment summary, etc. Furthermore, we ask for the immediate declassification review of any records that would be responsive to our request.**

**Description of Records Sought**:

1) All interagency and intra-agency correspondence pertaining to the above.
2) All interagency and intra-agency records related to Tristan ⬛⬛ Khan and/or his PASS ID number: ⬛⬛⬛⬛⬛
3) All interagency and intra-agency records related to Tristan ⬛⬛ Khan
4) All interagency and intra-agency records that were considered in the determination of Tristan Khan's eligibility for any of the Trusted Traveler Programs.
5) All investigation and standard forms pertaining to Tristan Khan, that were created by the Customs and Border Patrol and/or the Department of Justice.

1

6) Any Information relied upon by the Agency, that references or identifies the individual, resulting in the revocation of Mr. Khan's Global Entry.

7) Any criminal records possessed by or used by CBP in the adjudication of his Global Entry.

**Tristan Khan's verification of identity**:

Full Name:            Tristan Khan
Social Security No:   xxx-xx- ████
Date of Birth:        ████████
Place of Birth:       ████████
Address:              ████████████████████

**Agreement to pay fees**:

My office agrees to pay all applicable fees in accordance with federal law.

**Identity source documents**:

Attached.

**Preferred delivery method**:

Please send all disclosures to 1250 Connecticut Avenue, Suite 700, Washington, D.C. 20036.

**Tristan Khan's authorization for release**:

I authorize information pertaining to me to be released to my attorneys and staff at the National Security Law Firm, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the Customs and Border Patrol to release my records to the National Security Law Firm.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, that I am the person described above.  I understand that any falsification of this statement is punishable under the provisions of 18 USC 1001 by a fine of not more than $10,000, or by imprisonment for not more than five years or both, and that requesting or obtaining any record(s) under false pretenses is punishable under the provisions of 5 USC 552a(i)(3) by a fine of not more than $5,000.

_____                    9 January 2025
Tristan Khan                                        Date


Thank you for your attention to this matter.


                                   Very truly yours,

                                   */s/ Brett J. O'Brien*

                                   Brett John O'Brien


BO/nl
cc:    Tristan Khan



# EXHIBIT  P



**Nicolette Estok <nicolette@nationalsecuritylawfirm.com>**

---

## Final Disposition, CBP-AP-2025-001878

1 message

---

**noreply@cbp.dhs.gov** <noreply@securerelease.us>                    Mon, Jan 27, 2025 at 8:26 AM
Reply-To: noreply@cbp.dhs.gov
To: nicolette@nationalsecuritylawfirm.com

OT:RR:RDL
CBP-AP-2025-001878

01/27/2025

Nicolette Lewandowski
1250 Connecticut Avenue NW
Suite 700
Washington, District of Columbia 20036

Dear Nicolette Lewandowski:

This message is in response to your correspondence submitted on behalf of your client, Tristan Khan on 1/24/2025,
appealing FOIA Division's
determination  that your FOIA request lacked proper third-party consent. Upon review of your case file, we determined
that FOIA Division did
not conduct a sufficient search for records based on your submission. We therefore grant your appeal and remand your
initial request,
CBP-FO-2025-046111, to FOIA Division for processing. Questions regarding the status of your FOIA request should be
directed to the FOIA Public Liaison on 202-325-0150 or by email at cbpfoiapublicliaison@cbp.dhs.gov.  When
communicating refer to tracking number CBP-FO-2025-046111.

You may obtain judicial review of this decision pursuant to the provisions of 5 U.S.C. §552(a) (4)(B) in the United States
District Court in the District in which you reside, in the District where the agency records are situated, or in the United
States District Court for the District of Columbia.

Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records
Administration to inquire about the FOIA mediation services they offer.  The contact information for OGIS is as follows:
Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS,
College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or
facsimile at 202-741-5769.

Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will
not be read.

Sincerely,
CBP FOIA Appeals

# EXHIBIT  Q



**NATIONAL SECURITY**
**LAW FIRM**
IT'S OUR TURN TO FIGHT FOR YOU

1250 Connecticut Avenue, NW
Suite 700 - PMB 5186
Washington, D.C. 20036
————
202-600-4996
Fax 202-545-6318
*Admitted in California, Hawaii, Illinois, Louisiana, Minnesota, New Jersey, New York, Ohio, Virginia, Washington D.C.,*
*Wisconsin, and qualified in England & Wales*

January 24, 2025

FOIA Appeal

   Re: Our Client, Tristan Khan
   FOIA Request: CBP-FO-2025-046111

   Please be advised that our firm has been retained to represent Tristan Khan with respect to his FOIA request, to include the above referenced FOIA request for his pertinent records. We are writing in response to your email that we received on January 22, 2025.

   According to your email, the above referenced request was reviewed as a third-party request because it did not include the proper authorization and that, as a result, our request has been closed as insufficient. However, this closure was improper because we provided a signed statement from our client verifying that his information may be released to us.

   According to your email, "All third party FOIA requests must include a signed G-28 or G-639 form, *or a signed statement from the individual verifying that his/her information may be released to you.*"    On page two of your request, our client signed under the foregoing statement:

   *"I authorize information pertaining to me to be released to my attorneys and staff at the National Security Law Firm, my legal counsel in this matter. I understand that I will not be furnished a duplicate copy of any disclosures. Pursuant to 5 USC 552a(b), I authorize the Customs and Border Patrol to release my records to the National Security Law Firm."*

There is nothing insufficient or ambiguous about Tristan Khan's request. 5 USC 552a(d)(1) mandates that CBP disclose the requested records. There is no pertinent exception. Tristan Khan, once again, requests all of the documents requested. If they are denied once again, CBP should expect a lawsuit.

Very truly yours,

*/s/ Nicolette Lewandowski*

Nicolette Lewandowski

cc: Tristan Khan

# EXHIBIT  R



SecureRelease™ Portal

Request Number:     CBP-FO-2025-046111

## Messages

ADD MESSAGE

**CBP-AP-2025-001878 - Final Disposition, CBP-AP-2025-001878**

01/27/2025, 8:27:45 am

Other

OT:RR:RDL
CBP-AP-2025-001878

01/27/2025

Nicolette Lewandowski
1250 Connecticut Avenue NW
Suite 700
Washington, District of Columbia 20036

Dear Nicolette Lewandowski:

This message is in response to your correspondence submitted on behalf of your client, Tristan Khan on 1/24/2025, appealing FOIA Division's determination that your FOIA request lacked proper third-party consent. Upon review of your case file, we determined that FOIA Division did not conduct a sufficient search for records based on your submission. We therefore grant your appeal and remand your initial request, CBP-FO-2025-046111, to FOIA Division for processing. Questions regarding the status of your FOIA request should be directed to the FOIA Public Liaison on 202-325-0150 or by email at cbpfoiapublicliaison@cbp.dhs.gov. When communicating refer to tracking number CBP-FO-2025-046111.<br><br>You may obtain judicial review of this decision pursuant to the provisions of 5 U.S.C. §552(a) (4)(B) in the United States District Court in the District in which you reside, in the District where the agency records are situated, or in the United States District Court for the District of Columbia.<br><br>Additionally, you may contact the Office of Government Information Services (OGIS) at the National Archives and Records Administration to inquire about the FOIA mediation services they offer. The contact information for OGIS is as follows: Office of Government Information Services, National Archives and Records Administration, 8601 Adelphi Road-OGIS, College Park, Maryland 20740-6001; e-mail at ogis@nara.gov; telephone at 202-741-5770; toll free at 1-877-684-6448; or facsimile at 202-741-5769.<br><br>Please note that this message has been sent from an unmonitored e-mail account. Any messages sent to this account will not be read.<br><br>Sincerely,<br>CBP FOIA Appeals<br>

SUPPORT     LICENSES     PRIVACY NOTICE     COOKIE NOTICE

COOKIE SETTINGS     GOVERNMENT SYSTEM NOTICE

© 2025 Powered by  Deloitte

# EXHIBIT  S

**AGREEMENT TO PROVIDE LEGAL SERVICES**

THIS AGREEMENT, dated March 6, 2023, is made

BETWEEN the Client(s), **TRISTAN KHAN**

whose address is ██████████████████ _____
                  ██████████ _____
                  **Phone** ███████ _____
                  ████████████ _____
                  **Last four of SSN:** _____
                  **Email:** ██████████████ referred to as "Client" or
                  ████

AND   **ALEX CARR, ESQ.**

whose address is   **1250 Connecticut Ave, NW**
                   **Suite 700**
                   **Washington, D.C. 20036**, referred to as the "Law Firm"

**1.  Legal Services To Be Provided.**  You agree that the Law Firm will represent you in your Freedom of Information Act ("FOIA") request and Global Entry matter, including application assistance, before Customs and Border Protection ("CBP"). If You wish the Law Firm to provide any legal services not to be provided under this Agreement, a separate written agreement between You and the Law Firm will be required and executed.

**2.  Legal Services.**  The Law Firm will protect your legal rights and do all necessary legal work to properly represent you in this matter.

**3.  Costs and Expenses.**  The flat fee found in Paragraph four covers all costs and expenses associated with your FOIA request and Global Entry matter.  If you require additional services then you will be responsible for all costs and expenses associated with those additional services.  In that case, you will receive an itemized bill listing the additional costs and expenses.

**4.  Legal Fees.**  You agree to pay the Law Firm a flat legal fee of $3,500 to represent you in your FOIA request and Global Entry matter. This covers an appeal and/or any

advice and assistance for a successful reapplication of the Global Entry application, upon which an entire fee is earned. If we do not assist in the application, and if you then get approved after an application, we will refund a prorated amount of the retainer.

**5. Responsibilities.**

　　a. Law Firm will perform the legal services called for under Paragraph two of this Agreement, keep Client informed of progress and developments and respond promptly to Client inquiries and communications.

　　b. You agree to provide Law Firm honest, accurate and complete information to ensure the accuracy and completeness of the matter. You will be truthful and cooperative with Law Firm; keep Law Firm reasonably informed of developments and of your change of address, and whereabouts.

**6. Withdrawal.** You understand that Law Firm has the right to withdraw from further representation in the event that timely payments are not made on account of statements for services rendered; your breach of this Agreement; your refusal to cooperate with Lawyer, or your refusal to follow the Lawyer's advice on a material matter or any other fact or circumstance that would render Lawyer's continuing representation unlawful or unethical.

**7. Termination.** You may terminate the Law Firm's employment at any time. Also, if you substitute another attorney in place of Law Firm then Law Firm's services are terminated upon the date of such substitution.

**Signatures.** You have read this Agreement. The Law Firm has answered all of your questions and fully explained this Agreement to your complete satisfaction. You have been given a signed copy of this Agreement.

**ALEX CARR, ESQ.**

_____

Date:

**TRISTAN KHAN**

_____

Date:　25 April 2023