UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRISTAN KHAN**, *Plaintiff*, v. **DEPARTMENT OF HOMELAND SECURITY, et al.**, *Defendants*. | Civil Action No. 25-00697 (SLS) |

## AFFIDAVIT OF PLACE OF RESIDENCE

1. I, Brett J. O'Brien, Esq., attorney for the Plaintiff, Tristan Khan, respectfully make this affidavit in support of Plaintiff's request to conduct the meet and confer and the upcoming Status Conference virtually.
2. Pursuant to the Court's September 26, 2025 Order, I respectfully submit this statement to clarify certain facts relevant to this request.
3. I maintain a law office located in Washington, D.C., and I am admitted to practice before the District of Columbia Bar.
4. I maintain residence in Cleveland Heights, Ohio.
5. At present, it is impossible for the parties to meet in person because Plaintiff is currently prohibited from entering the United States as a direct result of actions taken by Defendants.
6. Due to the circumstances outlined above, Plaintiff respectfully requests that both the meet and confer and the October 7, 2025 Status Conference be conducted virtually.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: September 29, 2025

Respectfully submitted,

By: /s/ Brett O'Brien
BRETT O'BRIEN, ESQ
DC Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue NW
Washington, DC 20036
Phone: (202) 600-4996