UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TRISTAN KHAN**,<br><br>　　　　　　　　*Plaintiff*,<br><br>　v.<br><br>**DEPARTMENT OF HOMELAND SECURITY, et al.**,<br><br>　　　　　　　　*Defendants*. | Civil Action No. 25-00697 (SLS) |

## PLAINTIFF'S NOTICE TO THE COURT DESIGNATING LEAD COUNSEL

To:　　The clerk of court and all parties of record

　　Pursuant to the Court's December 15, 2025 Minute Order, the Undersigned Counsel respectfully submit this Notice.

　　Plaintiff hereby designates attorney Matthew Pollack as lead counsel. Furthermore, counsel reports that Plaintiff's counsel contacted Defendant's counsel on December 15, 2025 to schedule an opportunity to meet and confer in person.

Dated: December 15, 2025　　　　　　　　　　　Respectfully submitted,

By: */s/ Matthew Pollack*　　　　　　　　　　　By: */s/ Brett O'Brien*
MATTHEW POLLACK, ESQ　　　　　　　　　　BRETT O'BRIEN, ESQ
DC Bar License #: 989063　　　　　　　　　　　DC Bar License #: 1753983
NATIONAL SECURITY LAW FIRM, LLC　　　NATIONAL SECURITY LAW FIRM, LLC
1250 Connecticut Avenue NW　　　　　　　　1250 Connecticut Avenue NW
Washington, DC 20036　　　　　　　　　　　　Washington, DC 20036
Phone:　(202) 600-4996　　　　　　　　　　　Phone: (202) 600-4996
Fax:　　(202) 545-6318　　　　　　　　　　　Fax:　　(202) 545-6318
*Lead Counsel for Plaintiff*