# EXHIBIT A

| | |
|---|---|
| **From:** | Danielle Moora |
| **To:** | Morris, Robert (USADC) |
| **Subject:** | Re: [EXTERNAL] Khan v. DHS |
| **Date:** | Monday, September 22, 2025 10:49:49 AM |

Hi Robert,

I think we can agree to not disputing the PII redactions.  I worked for CBP for almost 13 years so generally I have no problem with redactions to TECS codes.  The biggest issue remains that he has never been given an explanation as to why his NEXUS approval was revoked.  So on pg. 80, the b7e redaction for the "reasons (internal)" is critical.  I think we would also like to understand the b7e redaction on pg. 12 on the search reason and type.

As for the JSR that is due today, my client wants to move this along.  There have been ongoing consequences for his business given that he is not currently being allowed to enter the United States.  We think it is time to set a briefing schedule for summary judgment motions, unless you truly believe we will get some helpful information from CBP.

On Mon, Sep 22, 2025 at 9:55 AM Morris, Robert (USADC) <Robert.Morris@usdoj.gov> wrote:

> Good morning Danielle,
>
> While I await an answer from my client about the specific information you are seeking, based on the document that was sent over, are there any areas of dispute over redactions that we can narrow?
>
> Thanks,
>
> **Robert J. Morris, II**
>
> Assistant United States Attorney
>
> Civil Division
>
> U.S. Attorney's Office for the District of Columbia
>
> Patrick Henry Building
>
> 601 D Street NW
>
> Washington, D.C. 20530
>
> (202) 252-2534

**From:** Danielle Moora <dmoora@nationalsecuritylawfirm.com>
**Sent:** Wednesday, September 17, 2025 3:10 PM
**To:** Morris, Robert (USADC) <Robert.Morris@usdoj.gov>
**Subject:** Re: [EXTERNAL] Khan v. DHS

Hi Robert,

I think we can agree on the adequacy of the search.  The real issue now comes down to the redactions.  The biggest issue is the redaction pursuant to (b)(7)(5) regarding the reason for the NEXUS revocation. I understand that the agency is likely concerned that disclosure of this information would disclose information related to law enforcement investigations/prosecutions or would disclose guidelines for law enforcement investigation that could reasonably be expected to risk circumvention of the law. That said, this section strikes us as overly redacted. Our client is merely looking for the reason that CBP revoked his NEXUS membership (i.e. was it related to his past drug involvement, did it have to do with a failure to maintain accurate information in the system?). We are not seeking any information about procedures/guidelines etc. We just need the underlying concern that CBP had here. If there is a way we can address this, then we might be able to work something out.

On Fri, Sep 12, 2025 at 1:34 PM Morris, Robert (USADC) <Robert.Morris@usdoj.gov> wrote:

> Good Afternoon,
>
> Yes, I have taken over for Bradley on this matter. Attached are the redaction explanations.
>
> After reviewing, please confirm if there was an adequate search conducted, and whether we can narrow down the areas of dispute over redactions. Then, we can work out a briefing schedule. Thanks,
>
> **Robert J. Morris, II**
>
> Assistant United States Attorney

Civil Division

U.S. Attorney's Office for the District of Columbia

Patrick Henry Building

601 D Street NW

Washington, D.C. 20530

(202) 252-2534

---

**From:** Danielle Moora <dmoora@nationalsecuritylawfirm.com>
**Sent:** Friday, September 12, 2025 8:48 AM
**To:** Morris, Robert (USADC) <Robert.Morris@usdoj.gov>
**Subject:** [EXTERNAL] Khan v. DHS

Good Morning,

I see that you have been substituted for Bradley in the above-referenced case.  A JSR is due on 9/22.  Bradley said he was going to provide us with a proposed affidavit in lieu of a Vaughn Index prior to the 9/22 deadline.  Do you know when we might receive it?

Thanks,

--

Danielle Moora
National Security Law Firm, LLC
(o) 202-261-3552

(f) 202-545-6318
dmoora@nationalsecuritylawfirm.com

*Admitted in New York

--

Danielle Moora
National Security Law Firm, LLC

(o) 202-261-3552

(f) 202-545-6318
dmoora@nationalsecuritylawfirm.com

*Admitted in New York


--
Danielle Moora
National Security Law Firm, LLC
(o) 202-261-3552
(f) 202-545-6318
dmoora@nationalsecuritylawfirm.com

*Admitted in New York