# EXHIBIT E

| AFI Document Type | MOT | Entry Date | Admission Number | First Name | Last Name | Date of Birth | Departure Date | Document Number |
|---|---|---|---|---|---|---|---|---|
| I94 | AIR | 8/25/2000 8:54 PM | | TRISTAN | KHAN | | | |
| I94 | AIR | 4/20/2002 1:41 AM | | TRISTAN | KHAN | | 3/23/2002 12:00 AM | |
| I94 | AIR | 10/1/2003 9:57 PM | | TRISTAN | KHAN | | 9/19/2003 12:00 AM | |
| I94 | AIR | 9/10/2004 12:26 AM | | TRISTAN | KHAN | | 8/11/2004 12:00 AM | |
| I94 | AIR | 11/26/2004 11:25 PM | | TRISTAN | KHAN | | | |
| I94 | AIR | 11/25/2016 12:22 PM | | TRISTAN | KHAN | | 11/25/2016 12:00 AM | |
| I94 | AIR | 11/26/2016 10:23 AM | | TRISTAN | KHAN | | 11/27/2016 12:00 AM | |
| I94 | AIR | 12/20/2016 4:05 PM | | TRISTAN | KHAN | | 12/23/2016 12:00 AM | |
| I94 | AIR | 1/4/2017 10:38 AM | | TRISTAN | KHAN | | 1/4/2017 12:00 AM | |
| I94 | AIR | 1/15/2017 3:09 PM | | TRISTAN | KHAN | | 2/2/2017 12:00 AM | |
| I94 | AIR | 2/14/2017 7:08 PM | | TRISTAN | KHAN | | 2/20/2017 12:00 AM | |
| I94 | AIR | 5/24/2017 5:45 PM | | TRISTAN | KHAN | | 5/24/2017 12:00 AM | |
| I94 | AIR | 5/28/2017 4:50 PM | | TRISTAN | KHAN | | 5/28/2017 12:00 AM | |
| I94 | AIR | 6/29/2017 9:36 PM | | TRISTAN | KHAN | | 7/3/2017 12:00 AM | |
| I94 | AIR | 7/3/2017 7:27 AM | | TRISTAN | KHAN | | 9/11/2017 12:00 AM | |
| I94 | AIR | 9/11/2017 1:25 PM | | TRISTAN | KHAN | | 9/11/2017 12:00 AM | |
| I94 | AIR | 9/20/2017 7:02 AM | | TRISTAN | KHAN | | 9/24/2017 12:00 AM | |
| I94 | AIR | 10/18/2017 10:00 AM | | TRISTAN | KHAN | | 11/6/2017 12:00 AM | |
| I94 | AIR | 11/6/2017 5:39 AM | | TRISTAN | KHAN | | 12/24/2017 12:00 AM | |
| I94 | AIR | 12/24/2017 12:41 PM | | TRISTAN | KHAN | | 1/9/2018 12:00 AM | |
| I94 | AIR | 1/9/2018 3:56 PM | | TRISTAN | KHAN | | 4/11/2018 12:00 AM | |
| I94 | AIR | 4/11/2018 5:06 PM | | TRISTAN | KHAN | | 4/26/2018 12:00 AM | |
| I94 | AIR | 4/26/2018 2:32 PM | | TRISTAN | KHAN | | 5/24/2018 12:00 AM | |
| I94 | AIR | 6/20/2018 1:15 PM | | TRISTAN | KHAN | | | |
| I94 | AIR | 7/4/2018 3:42 PM | | TRISTAN | KHAN | | 7/4/2018 12:00 AM | |
| I94 | AIR | 8/16/2018 2:24 PM | | TRISTAN | KHAN | | 8/20/2018 12:00 AM | |
| I94 | AIR | 12/27/2019 4:58 PM | | TRISTAN | KHAN | | 1/4/2020 12:00 AM | |
| I94 | AIR | 1/23/2020 6:16 PM | | TRISTAN | KHAN | | 1/30/2020 12:00 AM | |
| I94 | AIR | 2/20/2020 9:00 PM | | TRISTAN | KHAN | | 2/23/2020 12:00 AM | |
| I94 | AIR | 2/29/2020 10:29 PM | | TRISTAN | KHAN | | | |
| I94 | AIR | 5/5/2021 8:00 PM | | TRISTAN | KHAN | | 5/28/2021 12:00 AM | |
| I94 | AIR | 10/9/2021 6:40 AM | | TRISTAN | KHAN | | 10/11/2021 12:00 AM | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| I94 | AIR | 12/8/2021 1:05 PM | | TRISTAN | KHAN | | 12/21/2021 12:00 AM |
| I94 | AIR | 12/27/2021 1:14 PM | | TRISTAN | KHAN | | 12/27/2021 12:00 AM |
| I94 | AIR | 4/30/2022 12:20 PM | | TRISTAN | KHAN | | 5/6/2022 12:00 AM |
| I94 | AIR | 5/14/2022 4:35 PM | | TRISTAN | KHAN | | 5/19/2022 12:00 AM |
| I94 | AIR | 5/22/2022 5:36 PM | | TRISTAN | KHAN | | 5/22/2022 12:00 AM |
| I94 | AIR | 7/5/2022 1:31 PM | | TRISTAN | KHAN | | 7/5/2022 12:00 AM |
| I94 | AIR | 10/4/2022 11:07 AM | | TRISTAN | KHAN | | 10/4/2022 12:00 AM |
| I94 | AIR | 10/14/2022 7:36 AM | | TRISTAN | KHAN | | 10/15/2022 12:00 AM |
| I94 | AIR | 10/15/2022 5:17 AM | | TRISTAN | KHAN | | 10/15/2022 12:00 AM |
| I94 | AIR | 12/7/2022 5:53 PM | | TRISTAN | KHAN | | 12/20/2022 12:00 AM |
| I94 | AIR | 1/28/2023 2:18 PM | | TRISTAN | KHAN | | 2/2/2023 12:00 AM |
| I94 | AIR | 2/16/2023 11:49 PM | | TRISTAN | KHAN | | 2/21/2023 12:00 AM |
| I94 | AIR | 4/28/2023 7:40 PM | | TRISTAN | KHAN | | 5/7/2023 12:00 AM |
| I94 | AIR | 7/13/2023 10:55 AM | | TRISTAN | KHAN | | 7/16/2023 12:00 AM |
| I94 | AIR | 8/5/2023 1:16 PM | | TRISTAN | KHAN | | 8/5/2023 12:00 AM |
| I94 | AIR | 8/22/2023 12:29 PM | | TRISTAN | KHAN | | 8/22/2023 12:00 AM |
| I94 | AIR | 11/28/2023 1:28 PM | | TRISTAN | KHAN | | 11/28/2023 12:00 AM |
| I94 | AIR | 12/13/2023 12:33 PM | | TRISTAN | KHAN | | 12/13/2023 12:00 AM |
| I94 | AIR | 12/29/2023 4:42 AM | | TRISTAN | KHAN | | 12/29/2023 12:00 AM |
| I94 | AIR | 1/4/2024 8:39 PM | | TRISTAN | KHAN | | 1/16/2024 12:00 AM |
| I94 | AIR | 1/18/2024 5:43 PM | | TRISTAN | KHAN | | 1/18/2024 12:00 AM |
| I94 | AIR | 1/31/2024 1:39 PM | | TRISTAN | KHAN | | |
| I94 | | 1/1/9999 12:00 AM | | TRISTAN | KHAN | | 1/1/9999 12:00 AM |
| I94 | | 1/1/9999 12:00 AM | | TRISTAN | KHAN | | 9/26/1990 12:00 AM |
| I94 | | 1/1/9999 12:00 AM | | TRISTAN | KHAN | | 8/30/1995 12:00 AM |
| I94 | | 1/1/9999 12:00 AM | | TRISTAN | KHAN | | 1/3/1993 12:00 AM |
| I94 | | 1/1/9999 12:00 AM | | TRISTAN | KHAN | | 9/18/1993 12:00 AM |
| I94 | | 1/1/9999 12:00 AM | | TRISTAN | KHAN | | 1/1/9999 12:00 AM |