# EXHIBIT F



08/29/2025 12:41 EDT



U.S. Customs and Border Protection
U.S. Department of Homeland Security
TECS - I94 Result List

GENERATED BY: (b)(6) (b)(7)(C)

| Last Name | First Name | DOB | Sex | I-94 # | Doc Type | Document # | Citizenship | Deleted Ind | Arrival POE | Arrival Date | Entry Time (Eastern Time) | Departure POE | Departure Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Page 1 of 5

For Official Use Only / Law Enforcement Sensitive

CBP-AP-2025