# EXHIBIT G

| Last Name | First Name | Middle Name | Date of Birth | Encounter Date | Document Number | Direction | Arrival Airport Code | Departure Airport Code |
|---|---|---|---|---|---|---|---|---|
| KHAN | TRISTAN | | | 8/5/1993 11:47 AM | | I | JFK | |
| KHAN | TRISTAN | | | 6/11/1995 1:20 PM | | I | JFK | |
| KHAN | TRISTAN | | | 7/27/2000 2:43 PM | | I | | |
| KHAN | TRISTAN | | | 1/24/2002 10:59 PM | | I | JFK | GEO |
| KHAN | TRISTAN | | | 1/24/2002 11:30 PM | | I | JFK | |
| KHAN | TRISTAN | | | 9/14/2003 7:09 PM | | I | JFK | POS |
| KHAN | TRISTAN | | | 9/20/2003 12:31 AM | | O | PBM | JFK |
| KHAN | TRISTAN | | | 4/24/2004 11:08 PM | | I | JFK | POS |
| KHAN | TRISTAN | | | 8/11/2004 8:57 AM | | O | GEO | JFK |
| KHAN | TRISTAN | | | 11/20/2004 6:13 PM | | I | MIA | POS |
| KHAN | TRISTAN | | | 2/25/2006 2:58 PM | | O | YYZ | FLL |
| KHAN | TRISTAN | | | 6/20/2014 5:26 AM | | I | YYZ | MUC |
| KHAN | TRISTAN | | | 7/2/2014 5:47 PM | | F | MUC | YYZ |
| KHAN | TRISTAN | | | 11/25/2016 11:58 AM | | I | JFK | BCN |
| KHAN | TRISTAN | | | 11/25/2016 5:24 PM | | O | YYZ | JFK |
| KHAN | TRISTAN | | | 11/26/2016 9:38 AM | | I | LGA | YYZ |
| KHAN | TRISTAN | | | 11/26/2016 1:06 PM | | I | LGA | YYZ |
| KHAN | TRISTAN | | | 11/27/2016 2:35 AM | | O | BCN | JFK |
| KHAN | TRISTAN | | | 12/20/2016 3:36 PM | | T | MIA | BCN |
| KHAN | TRISTAN | | | 12/23/2016 5:44 PM | | O | YYZ | MIA |
| KHAN | TRISTAN | | | 12/24/2016 8:15 PM | | O | YYZ | LGA |
| KHAN | TRISTAN | | | 12/29/2016 2:35 AM | | O | BCN | JFK |
| KHAN | TRISTAN | | | 12/29/2016 1:50 PM | | I | JFK | YYZ |
| KHAN | TRISTAN | | | 1/4/2017 2:35 AM | | O | BCN | JFK |
| KHAN | TRISTAN | | | 1/4/2017 10:20 AM | | I | JFK | YYZ |
| KHAN | TRISTAN | | | 1/15/2017 2:32 AM | | I | JFK | BCN |
| KHAN | TRISTAN | | | 1/15/2017 2:46 PM | | I | JFK | BCN |
| KHAN | TRISTAN | | | 2/2/2017 7:20 PM | | O | YYZ | LGA |
| KHAN | TRISTAN | | | 2/14/2017 6:57 PM | | I | LGA | YYZ |
| KHAN | TRISTAN | | | 2/20/2017 11:40 AM | | O | MAD | JFK |
| KHAN | TRISTAN | | | 5/24/2017 5:36 PM | | I | PHL | LHR |
| KHAN | TRISTAN | | | 5/24/2017 7:59 PM | | O | YYZ | PHL |
| KHAN | TRISTAN | | | 5/28/2017 9:00 AM | | O | LHR | PHL |
| KHAN | TRISTAN | | | 5/28/2017 11:25 AM | | O | LHR | CLT |
| KHAN | TRISTAN | | | 5/28/2017 7:29 PM | | I | CLT | YYZ |
| KHAN | TRISTAN | | | 6/29/2017 9:18 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 6/30/2017 9:08 AM | | O | YUL | LGA |
| KHAN | TRISTAN | | | 6/30/2017 11:20 AM | | O | YYZ | LGA |
| KHAN | TRISTAN | | | 7/3/2017 6:45 AM | | O | LHR | ORD |

| Last | First | | | Date/Time | | I/O | From | To |
|---|---|---|---|---|---|---|---|---|
| KHAN | TRISTAN | | | 9/11/2017 1:16 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 9/11/2017 5:23 PM | | O | YYZ | JFK |
| KHAN | TRISTAN | | | 9/20/2017 6:25 AM | | I | CLT | YYZ |
| KHAN | TRISTAN | | | 9/24/2017 10:10 PM | | O | YYZ | CLT |
| KHAN | TRISTAN | | | 10/18/2017 10:00 AM | | I | PHL | YYZ |
| KHAN | TRISTAN | | | 10/24/2017 9:30 PM | | O | YYZ | BOS |
| KHAN | TRISTAN | | | 11/6/2017 5:39 AM | | I | LGA | YYZ |
| KHAN | TRISTAN | | | 11/10/2017 11:00 PM | | O | LHR | JFK |
| KHAN | TRISTAN | | | 12/24/2017 12:41 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 12/24/2017 3:30 PM | | O | YYZ | JFK |
| KHAN | TRISTAN | | | 1/9/2018 3:56 PM | | I | JFK | YYZ |
| KHAN | TRISTAN | | | 1/9/2018 10:05 PM | | O | LHR | JFK |
| KHAN | TRISTAN | | | 4/11/2018 5:06 PM | | I | JFK | YYZ |
| KHAN | TRISTAN | | | 4/26/2018 2:32 PM | | I | FLL | LGW |
| KHAN | TRISTAN | | | 5/24/2018 4:55 PM | | O | LGW | FLL |
| KHAN | TRISTAN | | | 6/20/2018 1:15 PM | | I | PHL | LHR |
| KHAN | TRISTAN | | | 6/20/2018 3:23 PM | | O | YYZ | PHL |
| KHAN | TRISTAN | | | 7/4/2018 3:42 PM | | I | JFK | YYZ |
| KHAN | TRISTAN | | | 7/4/2018 10:00 PM | | O | LGW | JFK |
| KHAN | TRISTAN SEAN | | | 8/16/2018 2:24 PM | | I | FLL | LGW |
| KHAN | TRISTAN | | | 8/20/2018 7:05 PM | | O | LHR | CLT |
| KHAN | TRISTAN | | | 12/27/2019 4:58 PM | | I | PHL | YYZ |
| KHAN | TRISTAN | | | 1/4/2020 7:35 PM | | O | LHR | LAX |
| KHAN | TRISTAN | | | 1/23/2020 6:16 PM | | I | LAX | LHR |
| KHAN | TRISTAN | | | 1/30/2020 3:30 AM | | O | LHR | LAX |
| KHAN | TRISTAN | | | 2/20/2020 9:00 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 2/23/2020 10:20 AM | | O | LHR | JFK |
| KHAN | TRISTAN | | | 2/29/2020 10:29 PM | | I | LAX | LHR |
| KHAN | TRISTAN | | | 3/2/2020 9:05 PM | | O | LHR | LAX |
| KHAN | TRISTAN | | | 5/5/2021 8:00 PM | | I | LAX | SJD |
| KHAN | TRISTAN | | | 5/28/2021 6:29 PM | | O | LHR | JFK |
| KHAN | TRISTAN | | | 10/9/2021 6:40 AM | | I | ORD | YYZ |
| KHAN | TRISTAN | | | 10/11/2021 8:45 PM | | O | LHR | MIA |
| KHAN | TRISTAN | | | 12/8/2021 1:05 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 12/21/2021 7:50 PM | | O | YYZ | PHL |
| KHAN | TRISTAN | | | 12/27/2021 1:14 PM | | I | CLT | YYZ |
| KHAN | TRISTAN | | | 12/27/2021 6:20 PM | | O | LHR | CLT |
| KHAN | TRISTAN | | | 4/30/2022 12:20 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 5/6/2022 4:54 PM | | O | YYZ | LGA |
| KHAN | TRISTAN | | | 5/14/2022 4:35 PM | | I | MIA | YYZ |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| KHAN | TRISTAN | | | 5/19/2022 12:01 PM | | O | SXM | MIA |
| KHAN | TRISTAN | | | 5/22/2022 5:36 PM | | I | MIA | SXM |
| KHAN | TRISTAN | | | 5/22/2022 8:34 PM | | O | YYZ | MIA |
| KHAN | TRISTAN | | | 7/5/2022 1:31 PM | | I | CLT | YYZ |
| KHAN | TRISTAN | | | 7/5/2022 6:45 PM | | O | LHR | CLT |
| KHAN | TRISTAN | | | 10/4/2022 11:07 AM | | I | ORD | LHR |
| KHAN | TRISTAN | | | 10/4/2022 12:12 PM | | O | YYZ | ORD |
| KHAN | TRISTAN | | | 10/14/2022 6:16 AM | | I | ORD | YYZ |
| KHAN | TRISTAN | | | 10/15/2022 5:17 AM | | I | ORD | YYZ |
| KHAN | TRISTAN | | | 10/15/2022 9:08 AM | | O | LHR | ORD |
| KHAN | TRISTAN | | | 12/7/2022 5:53 PM | | I | LAX | LHR |
| KHAN | TRISTAN | | | 12/20/2022 8:40 PM | | O | YYZ | CLT |
| KHAN | TRISTAN | | | 1/28/2023 2:18 PM | | I | BOS | LHR |
| KHAN | TRISTAN | | | 2/16/2023 8:34 PM | | I | LAX | LHR |
| KHAN | TRISTAN | | | 2/20/2023 9:20 PM | | O | LHR | LAX |
| KHAN | TRISTAN | | | 4/28/2023 6:21 PM | | I | LAX | LHR |
| KHAN | TRISTAN | | | 5/6/2023 9:30 PM | | O | LHR | LAS |
| KHAN | TRISTAN | | | 7/13/2023 10:29 AM | | I | LGA | YYZ |
| KHAN | TRISTAN | | | 8/5/2023 1:08 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 8/5/2023 4:45 PM | | O | GEO | JFK |
| KHAN | TRISTAN | | | 8/22/2023 12:16 PM | | I | MIA | GEO |
| KHAN | TRISTAN | | | 8/22/2023 8:52 PM | | O | LHR | MIA |
| KHAN | TRISTAN | | | 11/28/2023 1:23 PM | | I | JFK | LHR |
| KHAN | TRISTAN | | | 11/28/2023 4:39 PM | | O | GEO | JFK |
| KHAN | TRISTAN | | | 12/13/2023 12:00 PM | | I | MIA | GEO |
| KHAN | TRISTAN | | | 12/13/2023 8:34 PM | | O | YYZ | MIA |
| KHAN | TRISTAN | | | 12/29/2023 4:39 AM | | I | CLT | YYZ |
| KHAN | TRISTAN | | | 12/29/2023 8:43 AM | | O | CUR | CLT |
| KHAN | TRISTAN | | | 1/4/2024 8:22 PM | | I | CLT | CUR |
| KHAN | TRISTAN | | | 1/16/2024 6:28 AM | | O | CUN | JFK |
| KHAN | TRISTAN | | | 1/18/2024 5:25 PM | | I | CLT | CUN |
| KHAN | TRISTAN | | | 1/18/2024 8:02 PM | | O | YYZ | CLT |