# EXHIBIT H



For Official Use Only / Law Enforcement Sensitive

08/29/2025 11:37 EDT



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
**TECS - Person Encounter List**

Generated By: (b)(6) (b)(7)(C)

Page 1 of 33

| Last Name | First Name | DOB | Doc Type | Document Number | Date - Time (Eastern) | Carrier Code | Carrier Num. | I/O | Site | Insp | Type | Status | Updated Status | Ref | Arr Loc | Dep Loc |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

CBP-AP-2025-