# Exhibit I

**KHAN TRISTAN** (b)(7)(E)
11/20/2004 18:11:00 EST
Admissibility Secondary Inspection (b)(7)(E)                          UNCLASSIFIED//LES



## Crossing Information

| | |
|---|---|
| Site: | CBP MIAMI, AIRPORT CNTRL TERML (A524) |
| Disposition: | Temporary Visitor For Pleasure (B2) |
| Port Crossing Date: | 11/20/2004 18:11:00 EST |
| Referred Date: | 11/20/2004 18:13:22 EST |
| TECS ID: | (b)(7)(E) |
| Airline: | CARIBBEAN AIRLINES (BW) |
| Carrier Trip: | BW 484 |

## Subject

| | |
|---|---|
| Last Name: | KHAN |
| First Name: | TRISTAN |
| Date of Birth: | XXXXXX |
| Citizenship: | XXXXXXXX |
| Gender: | Male (M) |

## Passenger Document

| | |
|---|---|
| Document Type: | PASSPORT (P) |
| Document Issue Country: | XXXXXXX |
| Document Number: | XXXXX5 |

## Referral/Vehicle Information

| | |
|---|---|
| Referred From: | (b)(7)(E) |
| Referral Reason: | (b)(7)(E) |
| Referred By Secondary Officer: | (b)(6);(b)(7)(C) |

## Miscellaneous Info

Admissibility Until Date: 05/19/2005
(b)(7)(E)
Type Association:   Document Type

## Remarks

(b)(7)(E)
(b)(7)(E)  ADMITTED AS B2 PER SII (b)(6);(b)(7)(C) AND CHIEF (b)(6);(b)(7)(C)