# **EXHIBIT J**



# U.S. Customs and Border Protection
## U.S. Department of Homeland Security
### TECS - Secondary Inspection Report

08/29/2025 11:22 EDT     Generated By (b)(6) (b)(7)(C)     Page 1 of 2

### Referral Source
| Referred By | Referred Date | Referred Time | Referred From |
|---|---|---|---|

**Referral Reason**

### Encounter - (b)(7)(E)
| Last Name | First Name | DOB |
|---|---|---|

| Hispanic | Sex | Race | Travel Document Presented |
|---|---|---|---|

| Lost / Stolen Document | Doc Number | Doc Type |
|---|---|---|

| Issuing Country | Nationality | City of Birth |
|---|---|---|

| Country of Birth | Father's Last Name | Father's First Name |
|---|---|---|

| Father's Middle Name | Mother's Last Name | Mother's First Name |
|---|---|---|

**Mother's Middle Name**

**Email Addresses**

**Phone Numbers**

### Admissibility
| Secondary Officer Name | Site Id | Inspection Start Date and Time |
|---|---|---|

| Inspection End Date and Time | Last Update Date and Time |
|---|---|

| Stated Last Name | Stated First Name | Stated DOB |
|---|---|---|

| Disposition | Admit Until Date |
|---|---|

| Deferred To | CCD Used |
|---|---|

| WHTI Compliant | FIN Number | Related Document Number |
|---|---|---|

| Create Incident Log | Incident Log Report # | SAS Number |
|---|---|---|

| Create EMR | EMR Number |
|---|---|

| Referral Code | Create PLOR | Admissibility Inspection Complete |
|---|---|---|

**Charge Code(s)**

**Comments History**
Entered By (b)(6) (b)(7)(C) | Created Date/Time: 02/26/2020 13:25 EST

**Referral Reason History**
Referred By (b)(6)(b)(7)(C) | Referred Date/Time: 02/26/2020 13:02 EST | Referred From: SA with Manifest Entry

I-94

For Official Use Only / Law Enforcement Sensitive



**U.S. Customs and Border Protection**
**U.S. Department of Homeland Security**
TECS - Secondary Inspection Report

| 08/29/2025 11:22 EDT | Generated By (b)(6) (b)(7)(C) | Page 2 of 2 |

| Admission Number | | Country of Residence | |
|---|---|---|---|
| City Where Boarded | Visa Issued City | | Visa Issued Date |
| Street Number | Street Name | | In transit |
| City | State | | Zip Code |
| Occupation | | Waiver | |
| INS File | | INS FCO | |
| Petition / SEVIS Number | Program Number | | Prospective Student |
| Itinerary/Comments | | | |

For Official Use Only / Law Enforcement Sensitive